Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
**Strategic Legal Practices, APC**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
THELMA YARBER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA YARBER,<br><br>        Plaintiff,<br><br>    vs.<br><br>KIA AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:<br><br>Assigned to:<br>Magistrate Judge:<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

Strategic Legal Practices, APC
1888 Century Park East, 19th Floor, Los Angeles, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 because the action alleges claims pursuant to 15 U.S.C. §2310, the Magnuson-Moss Warranty Act, with a claim that exceeds the amount in controversy of $50,000, pursuant to 15 U.S.C. §2310(d)(3)(B).

2.     Furthermore, pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in the Northern District of California because a substantial part of the events or omissions giving rise to the claim occurred within the judicial district.

## GENERAL ALLEGATIONS

3.     As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff THELMA YARBER.

4.     Plaintiff is a resident of Alameda County, California.

5.     As used in this Complaint, the word "Defendant" shall refer to all Defendants named in this Complaint.

6.     Defendant KIA AMERICA, INC. ("Defendant KIA") is a corporation organized and in existence under the laws of the State of California and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Alameda County, California.

7.     Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474.  When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

///

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## FACTUAL BACKGROUND

8.      On or about November 30, 2018, in California, Plaintiff entered into a warranty contract with Defendant KIA regarding a 2019 Kia Soul vehicle identification number KNDJN2A2XK7663927 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant KIA.

9.      The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

10.     Pursuant to the Song-Beverly Consumer Warranty Act (the "Song-Beverly Act") Civil Code sections 1790, *et seq.* the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiff is a "buyers" of consumer goods under the Act. Defendant KIA is a "manufacturer" and/or "distributor" under the Song-Beverly Act.

11.     Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, *et seq.* by filing this Complaint and/or did so prior to filing the instant Complaint.

12.     These causes of action arise out of the warranty obligations of Defendant KIA in connection with a motor vehicle for which Defendant KIA issued a written warranty.

13.     Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the electrical system, the engine, among other defects and non-conformities.

14.     Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

15.     Each Defendant, whether actually or fictitiously named herein, was the principal, agent (actual or ostensible), or employee of each other Defendant, and in acting as such principal or within the course and scope of such employment or agency, took some part in the acts and omissions hereinafter set forth by reason of which each Defendant is liable to Plaintiff for the relief prayed for herein.

**<u>Defendant's Knowledge of and Failure to Disclose the Engine Defect</u>**

16.     Defendant, along with Hyundai Motor America, Inc. and their Korean parent entities, released certain vehicles, including the 2011-2013 Hyundai Tucson and the 2012-2019 Kia Soul with a 2.0 or 1.6L GDI engine, which is susceptible to sudden stalling while at any speed and/or to burst into flames ("Engine Defect").

17.     Defendant knew or should have known about the Engine Defect before the Subject Vehicle was offered for sale. Defendant failed to correct the dangerous defect or disclose it to unwary consumers, including Plaintiff.

18.     2012-2019 Kia Souls with the 1.6L engine have catalytic converters that overheat, resulting in catastrophic engine damage and fires. In February 2019, Kia America, Inc. (Defendant) issued a recall for 378,967 Soul vehicles from the 2012 to 2016 model years, all of which have 1.6-liter direct injection gasoline engines. In these engines, the catalytic converter, which reduces pollutants in exhaust emissions, is susceptible to overheating due to—according to Kia—a programming error. When the catalytic converter overheats, abnormal combustion in the engine can result. This can damage the pistons' connecting rods, potentially fracturing the engine block and causing an oil leak. Connecting rod failure, damaged pistons, and a cracked engine block can all cause sudden and catastrophic engine failure during normal driving, and the resulting leakage of oil onto hot engine parts can result in engine fires.

19.     On November 16, 2018, Kia Motor America, Inc. and Kia Motors Corporation (KMC), submitted a response to Defect Petition (DP18-003) for the Kia Soul vehicle and did not identify or report any potential defect trends. Between

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

November 16 and December 5, 2018, KMC analyzed Soul engine claim data and identified a relationship between catalytic converterdamage and engine fires.

20.    Upon KMC's request, DEFENDANT collected data throughout December for an evaluation of defect trends in suspect vehicles. Between January 7 and February 20, 2019, KMC engineers traveled to the United States to inspect 120 collected, potentially hazardous parts. They identified the defect and confirmed the risk of sudden engine stalls and fires. More than three months after Kia's investigation began, KMC decided to conduct a safety recall due to potential risk of fire on February 21, 2019.[1]

21.    This investigation and recall amount to too little, too late. Kia was aware of the dangers of an overheating catalytic converter in these engines since prior to Plaintiff's purchase of the Subject Vehicle. The Safety Recall Report for the February 21, 2019 recall discloses that "[t]he [Electronic Control Unit] ECU logic for the Catalytic Overheating Protection (COP) was changed and improved to prevent overheating of the catalytic converter on July 27, 2016, beginning with the start of the 2017 MY Soul production. However, the 2016 MY Soul production ended on August 11, 2016 with the previous COP ECU logic."[2]

**22.**    Defendant failed to recall or repair the defective vehicles, including Plaintiffs, leading to hundreds or thousands of engine failures, sudden stalls, and non-collision fires.

**23.**    Further, Defendant is aware that the recalls it has released have been insufficient to remedy the problem, only making it more difficult for unwary consumers to discover Defendant's wrongful conduct alleged herein.

24.    According to the National Highway Traffic Safety Administration (NHTSA), Hyundai is recalling 120,000 Tucsons, and Kia is recalling over 378,000 Souls with the 1.6-liter "Gamma" engine, each of which suffers from a serious

[1] 2012-2016 MY Soul Engine Control Unit (ECU) Logic Chronology for NHTSA Recall No. 19V120000 (Feb. 22, 2019), https://static.nhtsa.gov/odi/rcl/2019/RMISC-19V120-6176.pdf (last visited July 1, 2019).
[2] Part 573 Safety Recall Report for NHTSA Recall No. 19V120000 (Feb. 22, 2019), https://static.nhtsa.gov/odi/rcl/2019/RCLRPT-19V120-1711.PDF (last visited July 1, 2019).

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

defect. On information and belief, there are another roughly 300,000 Souls equipped with the 2.0-liter "Nu" engine that are also defective but are not currently the subject of any proposed recall. The affected vehicles include: 2012-2019 Kia Soul 1.6-liter, 2012-2016 Kia Soul 2.0-liter, and 2011-2013 Hyundai Tucson.

25.     The proposed recall of the Kia Soul covers 375,000 vehicles equipped with one engine—the 1.6-liter "Gamma" engine—but does not address Kia Soul Plus vehicles equipped with what is, on information and belief, a second defective engine, the 2.0-liter "Nu" engine. The 2.0-liter engine is similarly subject to fire risk. For the Hyundai Tucson, Hyundai has announced a recall, but its recall documents indicate that, nearly ten years after these vehicles were manufactured, and after numerous reports of engine fails, stalls, and fires, Hyundai still does not know the cause of the defect and does not have a proposed fix for the recall campaign.

26.     2012-2019 Kia Soul with 2.0-liter engines also suffer from defects that can result in catastrophic failures, stalls, and engine fires. Like the 1.6-liter Kia Soul and numerous other Kia models before it, on information and belief, the 2.0-liter version suffers from a defect or defects that can result in catastrophic failures, stalls, and engine fires. Kia's prior recalls involve manufacturing and design defects that result in oil starvation or lubrication failures. When these conditions occur, the connecting rods between the engine pistons and crankshaft can fail and puncture the engine block. When this occurs, engine oil can leak out of the punctured engine block, contact hot engine components, and ignite engine fires. Even if the engine block is not punctured, connecting rod and rod bearing failures can result in sudden, catastrophic engine failures or stalls at speed, which can be just as dangerous as an engine fire. Kia's proposed recall blames an overheating catalytic converter for this type of failure in the 1.6-liter engines, and has blamed manufacturing problems with oil seals or with metal debris left in engine components for this type of failure in prior recalls of 2.0- and 2.4-liter engines.

27.    2.0-liter Kia Souls have suffered engine failures and fires, these vehicles, too, apparently suffer from one or both of the same defects as the 1.6-liter Kia Souls. However, as of yet, Kia has failed to announce any recall or repair for these vehicles.

28.    2011-2013 Hyundai Tucson oil pans were improperly sealed during manufacturing, leading to spontaneous and catastrophic engine stalls and fires. Manufacturing defects leading to oil pan leaks in 2011-2013 Hyundai Tucson vehicles have caused serious risk of harm in the form of spontaneous engine stalling and engine fire.

29.    Alongside the Kia Soul recall described above, Hyundai issued a recall of at least 120,000 Tucson SUVs from the 2011 to 2013 model years due to potential engine pan oil leaks caused by insufficient sealing between the oil pan and the engine block. If unaddressed, the engine oil pan leakage may cause engine damage that leads to increased risk of fire or a stalled engine at high speeds. These engines were sold to unsuspecting consumers.

30.    Two Hyundai Tucson Safety Recall Reports were submitted on February 5, 2019 and February 15, 2019. Both reports identified that vehicles produced from March 1, 2010, to December 31, 2012, needed to be recalled for safety purposes, but the later Safety Recall Report specified that potentially hazardous Tucson vehicles were equipped with 2.4-liter engines—the same engines identified in the Kia 2011-2012 Sportage recall. More telling, this is also the same engine involved in 2015 and 2017 recalls of other vehicles for engine fire defects, some of which were recalled yet again in 2019 because the fires could recur even after recall repairs were conducted. Based on information NHTSA received from HMC, the recall of Tucson vehicles was required to minimize exposure to risk of stalling or fire.[3]

---

[3] Part 573 Safety Recall Report for NHTSA Recall No. 19V063000 (Feb. 5, 2019), https://static.nhtsa.gov/odi/rcl/2019/RCLRPT-19V063-6690.PDF (last visited July 1 , 2019).

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

31. Despite the fact that this dangerous defect persists in vehicles manufactured as long ago as 2010, and despite several failed recalls of other models equipped with the same engine over the past several years, as of March 2019 Hyundai still has not identified the cause of the defect or proposed a repair for it, despite agreeing to recall the Tucson.

32. In the past, Hyundai and Kia have recalled numerous other models with GDI engines to repair defects that could lead to engine failures and fires, but these issues have recurred despite the recalls. Hyundai and Kia are recalling many of those vehicles yet again for the same problems. Consumers have every reason to suspect that a recall for the vehicles at issue in this Complaint—which were not part of the previous recalls but appear to suffer from similar defects—at this late date will not be an adequate solution.

33. For example, Defendant issued TSB 05-20-006 in September 2012 (blaming the "engine knock noise [on] the use of an aftermarket oil product" and instructed that any repair made under the same was not a repair covered under warranty), TSB 15-01-048 in December 2015, Recall SC147 in March 2017, and a revision of SC147 in February 2018 (all purporting to be able to repair the engine). Moreover, Defendant issued these TSBs and Recalls for only a limited number of vehicles equipped with the GDI engines, leaving out swaths of vehicles with GDI engines that have been marked by reports of non-collision fires, like the Kia Soul and later model years of the Santa Fe, including the 2016 Kia Soul.

34. Hyundai and Kia alike have concealed these defects for years, despite hundreds of consumer complaints of spontaneous catastrophic engine failures, stalls, and fires. In the case of the Kia Souls with Nu engines, Kia continues to conceal the defects. The recalls now being conducted were forced by a NHTSA investigation that grew in part out of concern over the timeliness and scope of Hyundai's prior recalls for defects that could lead to engine fires in vehicles equipped with similar engines. Congress eventually summoned Kia and Hyundai

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

executives to appear and testify about these defects, but these executives refused to appear.

35.     Hyundai and Kia conducted durability testing before these vehicles ever went on sale should have identified the issue. But Defendant has also been on notice for years of the defects through NHTSA complaints and warranty claims, as well as prior recalls of vehicles equipped with the same or similar engines, and have done nothing but conceal the defect until now. The proposed recalls now follow investigations prompted by Defendant's failure to adequately remedy another set of defects that can cause engine fires.

36.     Because of the nature of latent Engine Defect and Defendant's concealment of the same, Plaintiff unknowingly assumed the risk of catastrophic engine failures and fires—and concomitant risk of injury or death—resulting from defects that Defendant knew or should have known about before the Subject Vehicle was ever sold; learned of or should have learned of from the hundreds or thousands of engine failures, fires, and complaints from consumers that followed; and concealed and failed to remedy for years.

### Hyundai and Kia Have a Pattern of Defects That Can Result In Engine Failure and Fires

37.     Hyundai and Kia are familiar with engine defects and have a track record of failing to adequately remedy them. The companies issued a similar recall in September 2015 after prompting by the NHTSA. Specifically, Hyundai issued Recall No. 15V568000 for 470,000 MY 2011-2012 Hyundai Sonata vehicles manufactured at Hyundai Motor Manufacturing Alabama that were equipped with 2.0-liter and 2.4-liter "Theta II" GDI engines due to reported stalling events and numerous engine-related warranty claims. At the time, Kia did not recall any vehicles, though some shared the same "Theta II" engines.

38.     Unfortunately, in a now-familiar pattern, Hyundai did not recall nearly enough vehicles. In March 2017, Hyundai expanded its initial recall to 572,000 MY

2013-2014 Sonata and Santa Fe Sport vehicles with 2.0-liter and 2.4-liter GDI "Theta II" engines for the same manufacturing debris-related issues.

39.     That same day, Kia recalled 618,000 MY 2011-2014 Optima, 2012-2014 Sorento and 2011-2013 Sportage vehicles, all of which had the "Theta II" engine as well. Just like Hyundai's recall, the potentially restricted oil flow to the main bearings could lead to premature bearing wear and eventual bearing failure, causing the engine to stall.

40.     The delay in expanding the recall to all affected vehicles between 2015 and 2017 caught the attention of NHTSA, which launched an investigation in May of 2017 into concerns that both companies' recalls should have been issued earlier. Nearly two more years went by as Hyundai and Kia kept receiving reports of engine fires in vehicles containing Theta II engines.

41.     While NHTSA was investigating the "timeliness and scope" of the March 2017 Sonata and Santa Fe engine recalls, it relayed to Hyundai that there had been a number of engine-stall and spontaneous fire claims for the Tucson equipped with GDI engines. This investigation eventually led to the 2011-2013 Hyundai Tucson and 2011-2012 Kia Sportage oil leak recall described above.

42.     In January 2019, Hyundai recalled 100,000 2011-2014 Sonata and 2013-2014 Santa Fe Sport vehicles, and Kia recalled 68,000 2011-2014 Optima, 2012-2014 Sorento, and 2011-2013 Sportage vehicles. These vehicles had already been involved in an earlier recall that could include engine replacement, but fires could recur despite that purported repair. Hyundai has previously repaired cars with similar defects, only to have the problems recur either because the replacement parts suffered from the same defects or because other parts were damaged by the repair process. Consumers therefore have reason to worry that just recalling and repairing the afflicted vehicles may not solve these serious and dangerous defects.

43.     Alongside the February 2019 recalls of the 1.6-liter Kia Souls and Hyundai Tucsons, DEFENDANT issued another recall of approximately 32,296

Sportage vehicles from the 2011 and 2012 model years due to potential oil pan leaks. The affected vehicles are equipped with 2.4-liter engines supplied by HMC's Ulsan plant. Like the explanation Hyundai offers for the Tucson recall, during vehicle assembly these oil pans may have received insufficient sealing, leading to low oil levels that can cause engine damage. A damaged engine can cause the engine to stall, increasing the risk of a crash. Furthermore, oil leaks increase the risk of fire.

44. Like the explanation Hyundai offers for the Tucson recall, during vehicle assembly these oil pans may have received insufficient sealing, leading to low oil levels that can cause engine damage. A damaged engine can cause the engine to stall, increasing the risk of a crash. Furthermore, oil leaks increase the risk of fire.

45. In 2019, Kia reviewed engine oil pan replacement warranty claims that had been submitted due to reports of oil leakage. In February 13, 2019, Kia decided to conduct a recall of more than 30,000 Kia Sportage vehicles.

### Defendant Actively Concealed the Engine Defect

46. The Defendant intentionally concealed, suppressed, and failed to disclose the material fact that the Subject vehicle had design and manufacturing defects that could result in sudden and catastrophic engine stalling, failure, and fire. Defendants knew or should have known the true facts, due to their involvement in the design, installation, calibration, manufacture, durability testing, and warranty service of the engines, catalytic converters, and ECU programming in the Subject Vehicle and others like it. And yet, at no time did Defendant reveal the truth to Plaintiff nor other consumers. To the contrary, Defendant concealed the truth, intending for Plaintiff and other consumers to rely on these omissions. Plaintiff purchased the Subject Vehicle believing, in reliance on Defendants' statements and omissions, it to be safe and free from major engine defects.

47. Kia's website, press releases, and marketing materials describe "rigorous" testing of both normal and extraordinary driving conditions, over long hours and thousands of miles and in extreme weather and geography, to ensure the

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

durability of Kia vehicles. Kia's website touts its testing: "We put our engines through rigorous testing in the highest, hottest, and coldest places that a car can possibly be before we put them in our cars."[4] Kia's website goes on to describe several specific durability tests it conducts, under the motto "We run our cars in various ways, identify causes and find solutions to them to make our cars endure over a long time without fault." These tests include: 1. "item durability tests" of individual parts, 2. "module durability tests" of entire assembled components, 3. a "Belgian road test" of driving over rough cobbles to test noise, vibration, and harshness, 4. a "high speed test," 5. a "corrosion test," 6. a "P/T test" of engine performance and temperature, and 7. whole-vehicle safety/crash testing. It further describes testing for extreme weather conditions as well as durability testing conducted on numerous test facilities around the world.

48.    Kia therefore knew or should have known about these defects before each affected model year ever went to market as a result of its durability testing

49.    Before the 2012 model year went on the market, Kia actively concealed its knowledge of this dangerous defect from consumers and safety regulators alike despite hundreds of reports of catastrophic engine failures.

50.    On information and belief, Hyundai conducts similarly rigorous pre-sale durability testing, which should have revealed the existence of the engine defect in the Tucson.

51.    Furthermore, numerous owners and lessees of 2012-2019 Soul vehicles equipped with both the 1.6-liter and 2.0-liter engines have submitted complaints about catastrophic engine failures and fires to the National Highway Traffic Safety Administration. Some examples appear below.

2012 Kia Soul – NHTSA ID Number: 11128688
VEHICLE HAS 96000 MILES. WHILE DRIVING ON HIGHWAY BEGAN TO HEAR RATTLING AND PINGING. ATTEMPTED TO MAKE IT TO REST AREA TO PULL OVER AND INSPECT. HEARD

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

---

[4] http://www.kia.com/worldwide/experience_kia/rnd/performance.do (last visited Mar. 4, 2019).

LOUD BANG AND ENGINE STALLED. COASTED INTO REST AREA. INSPECTION REVEALED OIL LEAKING FROM HOLE BLOWN IN LOWER ENGINE BLOCK.

2014 Kia Soul – NHTSA ID Number: 11173144
WHILE DRIVING ON THE HIGHWAY, THE DASH BOARD STARTED TURN OFF AND ON THE CAR BEGAN TO LOSE POWER. I PULLED OFF TO THE SIDE AND THE LIGHTS ON THE DASH CAME ON AND THE CAR SHUT DOWN COMPLETELY.WITHIN A FEW MINUTES SMOKE STARTED COMING FROM THE HOOD OF THE CAR FOLLOWED BY A SMALL FIRE. I GOT OUT OF THE CAR AND THE FIRE GREW AND COMPLETLY BURNED THE CAR.

2016 Kia Soul – NHTSA ID Number: 11180538
AFTER A SHORT DRIVE, I PARKED MY 2016 KIA SOUL IN THE GARAGE AND 15 MINUTES LATER I HEARD A NOISE IN THE GARAGE. MY HUSBAND OPENED THE DOOR TO THE GARAGE AND FOUND FLAMES COMING FROM THE STATIONARY KIA. THE ENTIRE GARAGE CAUGHT FIRE AND INCLUDED MY OTHER CAR WHICH WAS AN INFINITI G35. THE PRIMARY FLAMES WERE COMING OUT OF THE HOOD/FRONT RIGHT FENDER SEAM WITH MINOR FLAMES UNDERNEATH THE KIA. WE KNOW THAT THE FIRE STARTED IN THE PASSENGER SIDE OF THE ENGINE COMPARTMENT OF THE KIA SOUL. THE VEHICLE WAS LESS THAN ONE YEAR OLD, HAD APPROXIMATELY 6000 MILES, AND HAD ONLY BEEN SERVICED ONCE AT THE HENDERSON KIA DEALERSHIP FOR AN OIL CHANGE. … WE HAD TO MOVE OUT OF OUR HOME FOR FIVE MONTHS WHILE THE HOUSE WAS BEING REPAIRED. THERE WAS OVER $142,000 DAMAGE TO OUR HOME AND PERSONAL PROPERTY.

52.    Similarly, numerous owners and lessees of 2011-2013 Hyundai Tucson SUVs:

2012 Hyundai Tucson NHTSA ID Number: 11103584
CATASTROPHIC ENGINE FAILURE ON A 2012 TUCSON WITH ONLY 80K MILES.THE VEHICLE WAS REGULARLY SERVICED. HEARD A FAINT TICKING COMING FROM THE ENGINE WHILE DRIVING, AND LATER THAT DAY, THE ENGINE BLEW. APPARENTLY THE THETA 2 ENGINE THE VEHICLE USES IS KNOWN FOR
FAILURE, BUT THE HYUNDAI DEALERSHIP I TOOK THE VEHICLE TO CLAIMED ONLY ABOUT 2% OF THESE CARS WERE AFFECTED,

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AND I WAS JUST "UNLUCKY". NO WARNING LIGHTS, NOTHING. WAS ON THE INTERSTATE DURING RUSH HOUR AT THE TIME OF THE INCIDENT, AND WAS ALMOST HIT BY MULTIPLE VEHICLES BECAUSE OF THIS.

2013 Hyundai Tucson NHTSA ID Number: 11119738
ON JUNE 17, 2018 MY ENGINE BLEW ON MY 2013 TUCSON, LESS THAN 75000 MILES. WE WERE TRAVELING ON THE INTERSTATE AT SPEEDS OF 75 MILES PER HOUR WHEN THE ENGINE BEGAN TO KNOCK THEN LOOSE SPEED. TRAFFIC ALL AROUND US WAS TRAVELING AT 75-80 MILES PER HOUR, VERY SCARY AS WE WERE GOING 10-15 MILES PER HOUR WHEN WE MANAGED TO PULL OFF ON AN EXIT AND THE ENGINE SIMPLY DIED AND NEVER WOULD RESTART. WE HAD TO PUSH IT THROUGH A BUSY INTERSECTION TO A GAS STATION. WE HAD IT TOWED TO THE LOCAL HYUNDAI DEALER WHERE IT STILL SITS 2 MONTHS LATER WAITING ON AN ENGINE TO BE DELIVERED.

53.   Despite the 300-plus vehicle fire reports NHTSA received, Hyundai and Kia representatives initially dismissed the dangers their vehicles posed to consumers, claiming that "[i]n some very rare instances—a rate of less than 1 percent—the affected engines have caught on fire. An exhaustive study has confirmed that there is no defect trend outside of that identified in the related recalls causing non-collision fires in Hyundai vehicles."  Even if this estimate is accurate, 1% of the over 1.7 million or more vehicles Defendants have recalled for engine fire risks so far amount to 17,000 engine fires suffered by American consumers.[5]

54.   Defendants' irresponsibly slow reaction and failure to adequately remedy the stalling and engine fires caused by their defective vehicles drew the interest of the Senate Commerce Committee, which invited the automakers to defend their lack of response. Though they were asked to "promptly identify and respond to defects that may pose a fire risk" at a November 14, 2018 hearing, and despite the ongoing investigation into why hundreds or thousands of their vehicles

---

[5] Kyle Hyatt, *Center for Auto Safety calls out Hyundai and Kia over lack of fire recall,* CNet (Oct. 12, 2018), https://www.cnet.com/roadshow/news/hyundai-kia-center-for-auto-safety-fire-recall (last visited July 1, 2019)

COMPLAINT; JURY TRIAL DEMANDED

were spontaneously bursting into flames, the Hyundai and Kia executives refused to attend the congressional hearing.

55.    In response to Defendants' refusal to appear before Congress, Jason Levine, executive director of the Center for Auto Safety, said: "Until Hyundai and Kia are willing to take responsibility for the three million vehicles on the road that could burst into flames at any minute—with no apparent warning to the driver—we will continue to press for a recall and full and thorough investigation. There has already been one death and a few injuries associated with these vehicle fires. How many people need to be horrifically burned before someone takes action?"[6]

56.    Though more than three years had gone by since the original 2015 recall of vehicles with "Theta II" engines, Kia claimed in late 2018 that the company was working with the Senate committee to "analyze all relevant information associated with any fire or other safety-related matters and will take any necessary corrective action in a timely manner."[7] However, Defendants' failure to respond proactively to these dangerous defects, and lengthy concealment of them, is unsurprising in light of the previous delays and failed recall of the "Theta II" engines.

57.    For the 2011-2013 Hyundai Tucson, despite the announced recall, Hyundai still has not identified or announced the cause of the defect or any proposed repair. For the 2012- 2019 1.6-liter Kia Soul, Kia proposes to simply reprogram the catalytic converter, which may not be permissible under emissions regulations and, in any event, is unlikely to repair an engine defect of this severity. Finally, for the 2012-2019 2.0-liter Kia Soul, Kia has not taken any action. These recalls—or lack thereof—are too little, too late.

---

[6] Jackie Callaway, *Kia, Hyundai CEOs refuse to attend Senate hearing to explain cause of car fires,* ABC Action News (Nov. 8, 2018, updated Dec. 10, 2018), https://www.abcactionnews.com/news/local-news/i-teaminvestigates/kia-hyundai-ceos-refuse-to-attend-senate-hearing-to-explain-cause-of-car-fires (last visited July 1, 2019).

[7] *Id.*

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

58.     A reasonable consumer would not know that the catalytic converter in Kia Soul vehicles could overheat, resulting in catastrophic engine failure and/or fire. Plaintiff did not know of the facts which were concealed from them by Defendant. Moreover, as an ordinary consumer, Plaintiff did not, and could not, unravel the deception on their own.

59.     Defendant had a duty to disclose that the Engine Defect existed. Defendant had such a duty because the true facts were known and/or accessible only to them and because they knew these facts were not known to or reasonably discoverable by Plaintiff unless and until the defect manifested in the Subject Vehicle. As alleged herein, Defendants denied and concealed the defects in the face of consumer complaints and regulatory investigations. Plaintiff did not, and could not, unravel Defendants' deception on their own.

60.     Defendant also had a duty to disclose the true nature of these vehicles as a result of their prior recalls. By issuing recalls of certain vehicles and representing that these represented the full population of affected vehicles, Defendants led consumers and even safety regulators to believe, at least for a time, that they were remedying the engine fire problems. In fact, these recalls—in addition to being unsuccessful—failed to include hundreds of thousands of additional vehicles that suffered from similar major defects.

61.     Defendants' acts were committed wantonly, maliciously, oppressively, deliberately, with intent to defraud; in reckless disregard of the rights of consumers including Plaintiff; and to enrich themselves. Their misconduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount shall be determined according to proof at trial.

62.     Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before the filing of the complaint, when  as the Vehicle continued to exhibit symptoms of defects following Defendant KIA's unsuccessful attempts to repair them. However, Defendant KIA failed to provide restitution pursuant to the Song-

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

Beverly Consumer Warranty Act and/or Magnuson-Moss Warranty Act.

63.     Under the Song-Beverly Act, Defendant FCA had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[8]

64.     Defendant KIA has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

65.     Under the Song-Beverly Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

66.     Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

67.     Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

68.     Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and

---

[8] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

1    2713 et seq.

2         69.    Plaintiff suffered damages in a sum to be proven at trial in an amount

3    that exceeds $75,000.00.

4         70.    Plaintiff is entitled to all incidental, consequential, and general

5    damages resulting from Defendants' failure to comply with its obligations under

6    the Song-Beverly Act and/or Magnuson-Moss Warranty Act.

7              **TOLLING OF THE STATUTES OF LIMITATION**

8         A.    **Class Action Tolling**

9         71.    Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*,

10   414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("*American Pipe*"), the filing

11   of a class action lawsuit in federal court tolls the statute of limitations for the

12   claims of unnamed class members until the class certification issue is resolved.  In

13   applying *American Pipe* tolling to California cases, the California Supreme Court

14   summarized the tolling rule derived from *American Pipe* and stated that the statute

15   of limitations is tolled from the time of commencement of the suit to the time of

16   denial of certification for all purported members of the class.  *Jolly v. Eli Lilly &*

17   *Co.*, 44 Cal.3d 1103, 1119 (1988).  Tolling lasts from the day a class claim is

18   asserted until the day the suit is conclusively not a class action.  *Falk v. Children's*

19   *Hosp. Los Angeles*, 237 Cal. App. 4th 1454, 1464 (2015).

20        72.    The tolling of Plaintiff's individual statute of limitations encourages

21   the protection of efficiency and economy in litigation as promoted by the class

22   action devise, so that putative class members would not find it necessary to seek to

23   intervene or to join individually because of fear the class might never be certified

24   or putative class members may subsequently seek to request exclusion.

25        B.    **Discovery Rule Tolling**

26        73.    Making it even more difficult to discover that the Subject Vehicle's

27   engine suffered from a safety defect was Defendants' issuance of various TSBs

28   and Recalls purporting to be able to fix various symptoms of the defects.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

74.     As a result of the foregoing, Plaintiff did not become suspicious of Defendant's concealment of the latent defects and its inability to repair it until shortly before the filing of the complaint, when the issue persisted following Defendant's representations that the Vehicle was repaired, and thus contacted Defendant directly.

75.     Plaintiff always acted diligently in presenting the Subject Vehicle for repairs and following the directives of Defendant's authorized repair personnel.

76.     Defendants were under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Defendant Vehicles' suffering from the Defects, and the inevitable repairs, costs, time, and monetary damage resulting from the Defects. Due in part to Defendant's failure to do so, Plaintiff was unable to discover Defendant's wrongful conduct alleged herein until the issues persisted following Defendants attempts to conform the Vehicle to its warranties.

77.     Plaintiff discovered Defendants' wrongful conduct alleged herein until shortly before the filing of the complaint, when Plaintiff requested a buyback and/or restitution of the Subject Vehicle from Defendant KIA as the Vehicle continued to exhibit symptoms of defects following Defendant KIA's unsuccessful attempts to repair them. However, Defendant FCA failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act and/or Magnuson-Moss Warranty Act.

78.     Plaintiff incorporates herein the portions of Plaintiff's repair history set forth above, by reference.

## C.     The Repair Doctrine

79.     The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[9]

---

[9] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

80.   Additionally, the limitations period for warranty claims is tolled against a defendant whenever that Defendant claims that the defect is susceptible to repair and attempts to repair the defect.[10]

81.   Here, Defendant undertook to perform various defects repair measures in the form of TSBs and recalls. During the time in which Defendant represented to Plaintiff that the Vehicle was fixable and attempted to fix it, the warranty period may thus have been tolled.

82.   Plaintiff discovered Defendants' wrongful conduct alleged herein until shortly before the filing of the complaint, when Plaintiff requested a buyback and/or restitution of the Subject Vehicle from Defendant KIA as the Vehicle continued to exhibit symptoms of defects following Defendant KIA's unsuccessful attempts to repair them. However, Defendant FCA failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act and/or Magnuson-Moss Warranty Act.

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT KIA**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE § 1793.2**

83.   Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

84.   Defendant KIA and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.  Despite this fact, Defendant failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision

that repairs will be made.").

[10] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc.*, *supra,* 169 Cal.App.4th at pp. 133–34.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

(a)(2).

85.     Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

86.     Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

87.     Defendant does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

88.     Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT KIA**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE § 1793.2**

89.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

90.     Although Plaintiff presented the Vehicle to Defendant's representative in this state, Defendant and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

1    of Civil Code section 1793.2, subdivision (b).  Plaintiff did not extend the time for

2    completion of repairs beyond the 30-day requirement.

3         91.    Plaintiff has been damaged by Defendant's failure to comply with its

4    obligations pursuant to Civil Code section 1793.2(b), and therefore brings this

5    Cause of Action pursuant to Civil Code section 1794.

6         92.    Plaintiff has rightfully rejected and/or justifiably revoked acceptance

7    of the Vehicle, and has exercised a right to request a buyback.  By serving this

8    Complaint, Plaintiff does so again.  Accordingly, Plaintiff seeks the remedies

9    provided in California Civil Code section 1794(b)(1), including the entire value of

10   the Vehicle.  In the alternative, Plaintiff seeks the remedies set forth in California

11   Civil Code section 1794(b)(2), including the diminution in value of the Vehicle

12   resulting from its defects.  Plaintiff believes that, at the present time, the Vehicle's

13   value is *de minimis*.

14        93.    Defendant FCA'S failure to comply with its obligations under Civil

15   Code section 1793.2(b) was willful, in that Defendant KIA and its representative

16   were aware that they were obligated to service or repair the Vehicle to conform to

17   the applicable express warranties within 30 days, yet they failed to do so.

18   Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual

19   damages pursuant to Civil Code section 1794(c).

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT KIA**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE § 1793.2**

23        94.    Plaintiff incorporates by reference the allegations contained in

24   paragraphs set forth above.

25        95.    In violation of Civil Code section 1793.2, subdivision (a)(3),

26   Defendant failed to make available to its authorized service and repair facilities

27   sufficient service literature and replacement parts to effect repairs during the

28   express warranty period.  Plaintiff has been damaged by Defendant's failure to

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

96.    Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages; pursuant to Civil Code section 1794(c).

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT KIA**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIVIL CODE, § 1791.1; § 1794; § 1795.5)**

97.    Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

98.    Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant's implied warranty of merchantability.  Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant, except that the duration is not to exceed one-year.

99.    Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements:  (1) The Vehicle will pass without objection in the trade under the warranty contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

100.    At the time of entering into the warranty contract, or within one-year

STRATEGIC LEGAL PRACTICES, APC

1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

thereafter, the Vehicle contained or developed the defects set forth above. The existence of each of these defects constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the warranty contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

101.   Plaintiff has been damaged by Defendant's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT KIA**

**VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT**

102.   Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

103.   Plaintiff is "consumer[s]" as defined in the Magnuson-Moss Warranty Act (referred to as "Mag-Moss"), 15 U.S.C. § 2301(3).

104.   Defendant is a "supplier" and "warrantor" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(4), 15 U.S.C. § 2301(5).

105.   The Subject Vehicle is a "consumer product" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(1).

106.   In addition to the express warranty, in connection with the sale of the Vehicle to Plaintiff, an implied warranty of merchantability was created under California law. The Subject Vehicle's implied warranties were not disclaimed using a Buyer's Guide displayed on the Vehicle; thus any purported disclaimers were ineffective pursuant to 15 U.S.C. § 2308(c).

107.   In accordance with Defendant's warranty, Plaintiff delivered the Vehicle to Defendant's representatives, including its representatives in this state

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

to perform warranty repairs. Plaintiff did so within a reasonable time. Each time Plaintiff delivered the Vehicle, Plaintiff notified Defendant and its representative of the characteristics of the defects. However, the representative failed to repair the Vehicle, breaching the terms of the written warranty on each occasion

108.   Defendant violated the Mag-Moss Act when it breached the express warranty and implied warranties by failing to repair the defects and nonconformities, or to repurchase and/or replace the Subject Vehicle.

109.   Plaintiff performed all terms, conditions, covenants, promises and obligations required to be performed on Plaintiff's part under the terms of the agreement, express warranty and implied warranty except for those terms and conditions, covenants, promises and obligations or payments for which performance and/or compliance has been excused by the acts and/or conduct of Defendant and/or by operation of law

110.   Plaintiff has also met all of Plaintiff's obligations and preconditions to bring this claim, or alternatively it would have been futile for Plaintiff to do so.

111.   In addition, Plaintiff has met all of Plaintiff's obligations for bringing this claim as provided in the written warranties, or alternatively, Defendant does not maintain an informal dispute resolution process for the purpose of resolving claims for breach of the implied warranty of merchantability, and does not maintain an informal dispute resolution process for resolving express warranty claims that complies with the requirements of 15 U.S.C. § 2310(a) and the rules and regulations adopted pursuant thereto by the Federal Trade Commission.

112.   As a direct and proximate result of the acts and omissions of the Defendant, Plaintiff has been damaged in the form of general, special and actual damages in an amount within the jurisdiction of this Court, according to proof at trial.

113.   Under the Act, Plaintiff is entitled to reimbursement of the entire amount paid or payable.

114. Plaintiff is entitled to all incidental, consequential, penalties, and general damages resulting from Defendant's failure to comply with their obligations under the Mag-Moss Act.

115. Plaintiff has been damaged by Defendant's failure to comply with its obligations under the express warranty, implied warranty, as well as any other violations alleged here, and therefore bring this claim pursuant to 15 U.S.C. §2310(d) and seek remedies available pursuant to Magnuson-Moss Act under California law, including California Civil Code Section 1794 and/or California Commercial Code Sections 2711-2715, and/or other remedies that the Court may deem proper.

116. Plaintiff is entitled under the Mag-Moss Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. § 2310(d)(2).

## SIXTH CAUSE OF ACTION
## BY PLAINTIFF AGAINST DEFENDANT KIA
### (Fraudulent Inducement - Concealment)

117. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

118. Defendant committed fraud by allowing the Subject Vehicle to be sold to Plaintiff without disclosing that the Subject Vehicle and its engine was defective and susceptible to sudden and catastrophic failure.

119. Indeed, Plaintiff alleges that prior to the sale of the Subject Vehicle to Plaintiff, Defendants knew that the Vehicle and its engine suffered from an inherent defect, was defective, would fail, and was not suitable for its intended use.

120. Defendant was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its engine, its safety consequences and/or the associated repair costs because:

a. Plaintiff is informed, believes, and thereon alleges that Defendants acquired their knowledge of the Engine Defect and its potential consequences prior to Plaintiff acquiring the Vehicle, through sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Engine Defect made directly to Defendant and its network of dealers, aggregate warranty data compiled from Defendant's network of dealers, testing conducted by Defendants in response to these complaints, as well as warranty repair and part replacements data received by Defendant from Defendant's network of dealers, amongst other sources of internal information;

b. Defendant was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in 2016 Kia Soul engines; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Subject Vehicle's Engine Defect and its potential consequences until well after Plaintiff purchased the Vehicle.

121. In failing to disclose the defect in the Subject Vehicle's engine, Defendants have knowingly and intentionally concealed material facts and breached its duty not to do so.

122. The facts concealed or not disclosed by Defendants to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase the Vehicle. Had Plaintiff known that the Vehicle and its engine were defective at the time of sale, Plaintiff would not have purchased the Vehicle.

123. Plaintiff is a reasonable consumer who interacted with Defendant's sales representatives and/or reviewed materials disseminated by Defendants concerning Defendants' Vehicles prior to purchasing the Subject Vehicle. Had

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

Defendants disclosed the Engine Defect, a safety hazard, to its sales representatives and/or the consumer public, Plaintiff would have been aware of it and would not have purchased the Subject Vehicle.

124.   As a result of Defendants' misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased had Plaintiff known the true facts about the Engine Defect. Further, as a result of Defendant's fraudulent concealment of the Engine Defect, Plaintiff unknowingly exposed herself to the risk of accident, injury, death and liability when she purchased the Subject Vehicle which suffers from a latent safety defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendant as follows:

a.   For general, special and actual damages according to proof;

b.   For restitution;

c.   For any consequential and incidental damages;

d.   For revocation of acceptance of the Subject Vehicle, reimbursement and/or restitution of all monies expended;

e.   For diminution in value;

f.   For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

g.   For prejudgment interest at the legal rate;

h.   For punitive damages;

i.   For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

j.   For costs, expenses and attorney's fees reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. § 2310(d)(2); and

Strategic Legal Practices, APC
1888 Century Park East, 19th Floor, Los Angeles, CA 90067

1           k.     For such other relief as the Court may deem proper.

Dated: April 14, 2022         STRATEGIC LEGAL PRACTICES, APC

                    BY:        /s/ Tionna Dolin
                                TIONNA DOLIN
                                Attorneys for Plaintiff,
                                THELMA YARBER

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## <u>**DEMAND FOR JURY TRIAL**</u>

Plaintiff hereby demands a jury trial on all causes of action asserted herein.


Dated: April 14, 2022              STRATEGIC LEGAL PRACTICES, APC


                                  BY:   _____/s/ Tionna Dolin_____
                                        TIONNA DOLIN
                                        Attorneys for Plaintiff,
                                        GERARDO N. ACEVES

**S**TRATEGIC **L**EGAL **P**RACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

# Exhibit A

# 2019 Warranty and Consumer Information Manual



The Power to Surprise



## Table of Contents

Welcome ........................................... 2

Warranty Coverage ........................... 3

New Vehicle Limited Warranty ........ 4

Anti-Perforation Limited Warranty ..... 14

Federal Emission Control Warranty ...... 16

California Emission Control Warranty ....... 24

Replacement Parts and Accessories
Limited Warranty ........................... 30

Scheduled Maintenance Record ....... 34

Dealer Certification ......................... 38

When you need to talk to Kia and Roadside
Assistance ................................ 39

# Welcome



## Welcome from Kia

The latest engineering techniques have been incorporated into the design and production of your Kia Vehicle. From the moment you get behind the wheel of your new Kia Vehicle, you'll notice how satisfying it feels; a feeling you'll appreciate for as long as you own your Kia Vehicle. You'll also be pleased by how strongly we stand behind every Kia Vehicle. The New vehicle 60 month/60,000 Miles Limited Warranty described in this manual is one of the finest available.

This warranty and consumer manual details the warranties provided by Kia. You should consult this manual and your Owner's Manual to ascertain the maintenance intervals you need to follow to maintain your warranty coverage.

In addition, your Authorized Kia Dealer will take care of your service needs using Kia Genuine Parts and Kia Genuine Accessories. These parts are covered by a "Replacement Parts and Accessories Limited Warranty". Please see the contents of this manual for coverage terms.

At Kia, it's not enough to sell vehicles that look pleasing in the showroom. We're committed to making sure you enjoy your Kia for years to come.

2017-03-28

# Warranty Program Coverage at a Glance

This overview chart illustrates warranty coverage and term by months and miles. Please refer to the appropriate sections in this book for detailed information regarding each of these warranties.

| | | Months in Service | WARRANTY TERM (whichever comes first) MILES IN SERVICE |
|---|---|---|---|
| **LIMITED WARRANTY** | Basic | 60 | 60,000 |
| | Power Train*1 | 120 | 100,000 (Original Owner Only) |
| | Service Adjustment | 12 | 12,000 |
| | Original Equipment Battery | 36 | 36,000 |
| | Paint | 36 | 36,000 |
| | Audio / Entertainment | 36 | 36,000 |
| | Anti-Perforation | 60 | 100,000 |
| **EMISSION WARRANTY** — Federal | Emissions Defect • Any Related Parts • Specific Parts | 24 / 96 | 24,000 / 80,000 |
| | Emission Performance • Any Related Parts • Specific Parts | 24 / 96 | 24,000 / 80,000 |
| **EMISSION WARRANTY** — California | Emissions Defect • Any Related Parts • Specific Parts*2 • SULEV*3 | 36 / 84 / 180 | 50,000 / 70,000 / 150,000 |
| | Emission Performance | 36 | 50,000 |
| Replacement Parts & Accessories | | 12 | 12,000 |

**NOTE: Tires are warranted by the tire manufacturers.**

**\*1** Original owner 120 Months/100,000 Miles Second and Subsequent Owner(s) 60 Months/60,000 Miles.

**\*2** Except those specified parts covered by the Federal Emission Performance Warranty.

**\*3** SULEV covers specific parts for 180 months / 150,000 miles, whichever occurs first. This Limited California Emission Control Warranty applies ONLY to SULEV vehicles which are first sold as new vehicles by dealers in California or any other states adopting and mandating the California Emission Standards. These warranties do not provide any further warranty coverage beyond what is required by state law.

3



## Warranty Coverage

# New Vehicle Limited Warranty



## What is Covered
## New Vehicle Limited Warranty

Subject to the other terms and conditions of this limited warranty manual, Kia Motors America, Inc. ("Kia") warrants that it will arrange for an Authorized Kia dealer at locations of its choice to provide for the repair of your vehicle if it fails to function properly during normal use. Authorized service facilities will remedy such failures to function properly at Kia's expense, if you present your vehicle to such a service facility during its normal operating hours, provide sufficient information to permit a proper identification and diagnosis of the failure to function, and permit the facility adequate time to perform the necessary repair. As this obligation is subject to the terms, conditions and limitations of this manual, you should refer to the manual to understand which repairs and replacements are covered by this warranty. When an Authorized Kia Dealer makes necessary repairs pursuant to the warranty, it may do so using parts that are new, repaired, remanufactured, reconditioned, or otherwise authorized by Kia. These parts will be covered by the terms and conditions of the Replacement Parts and Accessories Limited Warranty. If an Authorized Kia Dealer declines or fails to carry out a proper repair or replacement covered by this limited

warranty without charge to you, Kia will (a) determine if the repair or replacement requested by you is covered by this New Vehicle Limited Warranty and, if so, (b) obtain cooperation from an Authorized Kia Dealer to conduct such repair or replacement without charge to you. However, Kia's obligation to do (a) and (b) requires you to contact the Kia Consumer Assistance Center and provide all materials needed by them to carry out those obligations to you. The Center can be contacted at the address or phone number provided in the Kia Owner Satisfaction and Assistance Section of this manual, or can also be found at the Kia website at http://www.kia. com.

**Parts replaced under any warranties in the Manual become the property of Kia.**

### 1. The Warranty Period

The New Vehicle Limited Warranty is divided into various warranty periods. For the purpose of all warranties contained in this Manual(other than warranties on replacement parts or accessories installed after the Kia Vehicle was placed into use), the warranty period begins on the Date of First

Service. "Date of First Service" means the first date the Kia Vehicle is delivered to the first retail purchaser, is leased or is placed into service as a company vehicle use (e.g., as a demonstrator, rental or fleet vehicle), whichever is earliest. Moreover, whenever this manual refers to a warranty period of months/miles, it means whichever comes first. Any remaining portion of any warranty, except the 120 month/100,000 mile Power Train (Original Owner) warranty, is fully transferable to subsequent owners.

**2. Warranty Coverage**

- **Basic Warranty Coverage**

Except as limited or excluded below, all components of your new Kia Vehicle are covered for 60 months/60,000 miles from the Date of First Service, whichever comes first (Basic Limited Warranty Coverage). This Warranty does not cover wear and maintenance items, or those items excluded elsewhere in the Manual. See "Exceptions" and "What is Not Covered."

- **Power Train Coverage**

For Original Owners (defined below), the Power Train Limited Warranty begins upon expiration of the 60 month/60,000 mile Basic Limited Warranty Coverage, and will continue to cover the following components up to 120 months or 100,000 miles from the Date of First Service, whichever comes first. It does not cover normal wear and tear, maintenance, or those items excluded elsewhere in this manual. See "Exceptions" and "What is Not Covered."

**The items covered by the Power Train Limited Warranty include:**

- **In the Engine:** Cylinder block, cylinder head and all internal parts, timing gear, seals and gaskets, valve cover, flywheel, oil pump, water pump and turbo charger.

- **In the Transaxle:** Transmission case and all internal parts, torque converter, drive shafts, universal joints, front hubs, bearings, seals and gaskets.

- **In the Axles:** Axle shafts and C-V joints



(couplings), seals, hub and wheel bearings.

**- In the Transmission:** Transmission case, transfer case, torque converter and all internal parts, seals, and gaskets.

**- In the Differentials:** Front and rear differential assemblies, cases, all internal parts, seals and gaskets.

**- In the Propeller Shafts:** Drive shafts, universal joints.

• **Original Owner**

An Original Owner is defined as the first retail purchaser or lessee of the Kia Vehicle who takes delivery of the Kia Vehicle on its Date of First Service. If the Kia Vehicle was first placed in service as a lease vehicle, and the lessee purchases the vehicle at the end of the lease, the 120 month/100,000 mile Power Train Limited Warranty remains in effect. The Power Train Limited Warranty is not transferable to subsequent owners.

• **Vehicles Placed in Commercial Service**

The 120 month/100,000 mile Power Train Limited Warranty also excludes all coverage for any Kia Vehicle that has been placed into any form of commercial service, including but not limited to taxi, route delivery, livery service, or rental.

• **Adjustment Coverage**

Service Adjustments are covered for the first 12 months/12,000 miles. Service adjustments means minor repairs not usually associated with the replacement of parts, such as wheel balance and alignment, freeplay or tension adjustments of cables, belts, levers and pedals, engine adjustments (idle speed, etc.), body parts and fittings.

**3. Exceptions**

The items specified below are covered for periods different from the basic coverage.

- **Air Conditioner Refrigerant Charge**

  Air conditioner refrigerant charge is covered for the first 12 months of the warranty period regardless of mileage. Over the balance of the warranty period, refrigerant charge is covered only when replenished as part of a warranty repair.

- **Audio / Entertainment System**

  An original equipment radio, compact disk player, OE DVD / RSE (Rear Seat Entertainment System) or navigation system is covered for the first 36months/36,000 miles.

- **Battery**

  The original equipment battery is covered by a limited warranty for a period of 36 months/36,000 miles. During 36 months/36,000 miles of the warranty period, a defective battery will be replaced at no cost to you. Kia will cover diagnostic, installation and replacement battery costs.

  Kia will not reimburse you for any portion of the cost of a non-Kia replacement battery.

- **Brake and Clutch Linings**

  Brake linings, including pads and shoes, and clutch linings are warranted for 12 months/12,000 miles, whichever comes first, if they fail to function properly during normal use. Brake linings are designed to wear out as part of the process of stopping your vehicle safely and consistently while providing reasonable levels of noise and vibration during normal use. Brake or clutch linings function properly during normal use even if they need replacement in less than the full warranty period. Rather, most replacements at lower mileage are required by driver usage habits which can cause high rates of wear. In addition, brake lining wear is substantially increased by environmental conditions such as exposure to road salt or due to regular driving in stop and go rush hour traffic. The more wear factors which are present, the more rapid the wear. Resulting repairs and replacements of linings are not covered by your warranty.





- **Paint**

  Paint repairs due to non-impact discoloration, fading, cracking, chipping, or flaking are covered for the first 36 Months/36,000 miles.

- **Seat Belt Warranty-Kansas**

  The seat belts in Kia Vehicles originally sold in the State of Kansas are covered under the New Vehicle Limited Warranty for a period of 10 years, regardless of mileage, when the repairs are performed by an Authorized Kia Dealer in Kansas.

**4. Limited Liability**

Liability under this warranty is limited solely to the repair or replacement of factory installed parts if they fail to function properly during normal use. Such repair or replacement shall be carried out by an Authorized Kia Dealer at its place of business. This warranty does not include any other expense, including but not limited to those for any replacement transportation or for the loss of use of your Kia vehicle.

# What is Not Covered

**The following items are not covered:**

**Damage due to Factors Beyond the Manufacturer's Control.**

Examples of these factors include, but are not limited to:

- Misuse of your Kia Vehicle such as driving over curbs, or other hazardous objects or road structures or into roadway maintenance or construction areas, overloading the vehicle, racing or engaging in activities or uses not described in your owner's manual or in Kia's product literature.

- Accidents and incidents that damage your Kia vehicle including but not limited to collision, fire, theft, riot.

- Alteration, modification, tampering, rewiring.

- Damage or corrosion from the environment such as acid rain, airborne fallout (chemicals, tree sap, etc.), road salt, hail, wind storm, lightning, floods and acts of God. This limitation also includes damage to vehicle assemblies such as brakes and suspension.

- Changes to vehicle appearance caused by normal use and exposure, corrosion to underlying metal when paint integrity is not consistently maintained.

- Consumer induced damage caused by fluid spills, burns in carpet, seats, trim or other damage that is not considered a defect in material or workmanship.

- Window glass that is broken, chipped, scratched or damage from outside influence is not considered a defect in material or workmanship

- Paint or vehicle finish damage caused by applying chemicals to the paint surface

- Damage caused by installing incorrect tires(size etc)

- Damage caused by the installation of any part that is not equal to the OE part in quality of material or workmanship

**Damage due to Lack of Maintenance or the Use of Wrong Fuel, Oil or Lubricants.**

- Improper maintenance or the use of other than the specified fuel, oil or lubricants recommended in your Owner's Manual. It is your obligation to ensure that you obtain all fuels, oils and lubricants from reliable vendors using quality products which meet the Kia specifications identified in your Owner's Manual. In the event that problems result to your vehicle due to service from vendors who use reduced quality products, your vehicle warranties will not provide coverage.

# New Vehicle Limited Warranty



- Damaged brake rotors and drums resulting from failing to replace brake pads and/or shoes before they have worn sufficiently to damage such rotors and drums. It is your obligation to ensure adequate inspections to prevent rotor and drum damage due to pad/shoe wear.

## Manufacturer Design Choices

- The choices made in designing your vehicle, including the materials chosen for parts and components.

  Note: A material is not defective or underperforming under your warranty because a better, stronger, more durable or more suitable material could have been used.

- Note: All vehicle dimensions and measurements are made solely at the discretion of the manufacturer and are not warranted to be suitable for you or anyone else who uses your vehicle.

## Normal Deterioration

- Replacement or repair of parts intended to wear including the friction wear parts of the brakes, including brake pads and shoes, spark plugs, belts, clutch linings, filters, wiper blades, bulbs, fuses, and other wear and consumable items.

- Surface corrosion on any part other than the body sheet metal panels forming the exterior appearance of a Kia Vehicle.

## Normal Maintenance

- Normal maintenance services such as: cleaning and polishing, minor adjustments, lubrication, oil/fluid changes, filters, anti- freeze coolant replenishment, wheel alignment and tire rotation unless such services are performed as part of a covered warrantable repair.

- Normal maintenance items including but not limited to spark plugs, engine belts, filters, wiper blades, and bulbs are not warranted. However, as a matter of policy, Kia will repair or replace such maintenance items of a new vehicle during the vehicle's initial ownership period, but only up to the first service interval or 12 months/12,000 miles, whichever comes first.

- Maintenance services described as "Scheduled Maintenance Services", "Owner Maintenance Services" or "Appearance Care" in your Owner's Manual.

## Altered Mileage

- Any repair of a Kia Vehicle on which the odometer has been altered or on which the actual mileage

cannot be reasonably determined.

(When replacing the speedometer, the "Speedometer Replacement Record" on the inside front cover of this manual must be filled in by an Authorized Kia Dealer).

## Extra Expenses and Damages

Any economic loss or other incidental, special, consequential, or exemplary damages. This includes, without limitation, payment for loss of use of the Kia Vehicle, lodging, car rentals, travel costs, loss of pay and any other expenses or damages.

## UVO

The New Vehicle Limited Warranty does not cover some repairs for certain conditions or issues related to the UVO system, if equipped, including, but not limited to :

- Improper installation of paired devices such as phones or digital media players
- Malfunctioning paired devices
- Inadequate signals
- Misuse such as insertion of foreign objects
- Damage caused by unauthorized modification to functionality or capability
- Installation of unauthorized or unapproved software,

upgrades, or other system modifications
- Computer or internet viruses, bugs, worms, or other similar issues.

## Tires

- Tires are warranted by the tire manufacturers and not by Kia. In the event that you need assistance, please contact your Kia dealer or refer to the tire warranty pamphlets provided with your Kia Vehicle for details.

## Salvage or Total-Loss Vehicles

- Any Kia Vehicle that has ever been or should have been issued a "salvage" title or similar "branded" title under any state's law; or has been declared a "total loss" or equivalent by a financial institution or insurance company. This exclusion does not apply to Emission Warranties, Replacement Parts Limited Warranty or any recalls or campaigns.

## Production Changes

- Kia and its Authorized Kia Dealers reserve the right to make changes in vehicles built and/or sold by Kia and its Authorized Kia Dealers at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold.




# Your Responsibilities in Order to Maintain Your Warranties

## Maintenance

You are responsible for properly operating and maintaining your Kia Vehicle in accordance with the instructions described in your Owner's Manual. If your vehicle is used under severe driving conditions, you must follow the maintenance requirements described in your Owner's Manual for severe driving conditions in order to maintain your warranties.

## Maintenance Records

You are required to retain maintenance records since it may be necessary in some instances for you to prove that the required maintenance has been performed. The "Scheduled Maintenance Record" beginning on Page 34 should be filled in when regular maintenance is performed. Keep all receipts and make them available in case questions rise about the services requested and provided.

## To Get Warranty Service

You must take your Kia Vehicle, along with this manual, to an Authorized Kia Dealer in the United States during its normal service hours. While any Authorized Kia Dealer will perform warranty service, Kia recommends that when possible you return to the dealership where you purchased your Kia Vehicle in order to ensure continuity in service and maintenance. If you have any questions or need assistance regarding this warranty, refer to "When You Need to Talk to Kia" starting on Page 39.

## Other Terms

This warranty is applicable to Kia Vehicles registered and normally operated in the United States.

## Service and Maintenance Outside the United States

If you are going to be driving outside the United States, it is important that you contact us at (800) 333-4542 in order to determine what service and warranty coverage is available in the area you will be travelling.

THE DURATION OF ALL IMPLIED WARRANTIES, IF ANY, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY AND FITNESS, ARE LIMITED RESPECTIVELY TO THE DURATION OF THESE EXPRESS WARRANTIES.

THESE WARRANTIES ARE GIVEN IN LIEU OF ALL OTHER EXPRESSED WARRANTIES (EXCEPT ANY SET FORTH SEPARATELY IN THIS MANUAL) ON THE PART OF KIA MOTORS AMERICA, INC. OR THE AUTHORIZED KIA DEALER SELLING YOUR KIA VEHICLE. NO DEALER, OR ANY AGENT OR EMPLOYEE THEREOF, OR ANY OTHER PERSON, IS AUTHORIZED TO EXTEND OR ENLARGE THESE WARRANTIES. KIA MOTORS AMERICA, INC. SHALL NOT BE LIABLE FOR ANY ECONOMIC LOSS, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES, OR ANY SERVICE NOT EXPRESSLY PROVIDED FOR HEREIN.

Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

This warranty gives you specific legal rights, and you may have other rights which vary from state to state.

13

# Anti-Perforation Limited Warranty



Subject to the other terms and conditions of this limited warranty manual, Kia Motors America, Inc. ("Kia") warrants that it will arrange for independent Kia brand service facilities at locations of its choice to provide for the repair of your vehicle if it fails to function properly during normal use. Such service facilities will remedy such failures to function properly at KMA's expense, if you present your vehicle to such a service facility during its normal operating hours, provide sufficient information to permit a proper identification and diagnosis of the failure to function, and permit the facility adequate time to perform the necessary repair. As this obligation is subject to the terms, conditions and limitations of this Manual, you should refer to the manual to understand which repairs and replacements are covered by this warranty. If an Authorized Kia Dealer declines or fails to carry out a proper repair or replacement of a factory installed part covered by this limited warranty without charge to you, Kia will (a) determine if the repair or replacement requested by you is covered by this Anti-Perforation Limited Warranty and, if so, (b) obtain cooperation from an Authorized Kia Dealer to conduct such repair or replacement without charge to you. However, Kia's obligation to do (a) and (b) requires you to contact the Kia Consumer Assistance Center and provide all materials needed by them to carry out those obligations to you. The

**14**

Center can be contacted at the address or phone number provided in the Kia Owner Satisfaction and Assistance Section of this manual, or can also be found at the Kia website at http://www.kia.com.

## 1. Warranty Period

The warranty period is for the first 60 month/100,000 miles from the date of first retail delivery or when it is first put into service, whichever comes first.

## 2. What is Not Covered

- Any perforation due to corrosion of the Kia Vehicle which is caused by industrial fallout, accident, damage, abuse, vehicle modifications or damaging or corrosive cargo in the Kia Vehicle.

- Any surface corrosion of the Kia Vehicle which does not result in perforation, such as that caused typically by sand, salt, hail or stones.

- Any perforation due to corrosion of a part of the Kia Vehicle which is not a body sheet metal panel. As used herein, "body sheet metal panel" specifically excludes all parts which are components of the exhaust system of the Kia Vehicle.

- Defects or damage resulting from the use of parts not sold or approved by Kia including the resultant damage to associated parts or systems.

- Any perforation due to corrosion of the Kia Vehicle caused in whole or in part by a failure to maintain the Kia Vehicle in accordance with the procedures specified in paragraph 3. "Your Responsibilities"

## 3. Your Responsibilities

Inspect the body sheet metal panels of your Kia Vehicle on a regular basis (at least monthly) to detect any chips or scratches in the paint or protective coating and to repair them immediately.

Special care should be taken to protect your Kia Vehicle from corrosion under the following conditions:

- If you drive on salted roads, or if you drive near the ocean, flush the underbody as needed, and at least weekly with clean unsalted water.
- It is important to keep the drain holes in the lower edges of the body clear.
- If your Kia Vehicle is damaged due to an accident or any event which may cause damage to the paint, have your Kia Vehicle repaired as soon as possible.
- If you carry special cargo, such as chemicals, fertilizers, deicing salt, or other corrosive substances, be sure that such materials are well packaged and sealed. Any leakage of such materials will void this warranty where the leakage has occurred.
- If you drive frequently on gravel roads, we recommend that you install stone guards behind each wheel.

## 4. To Get Warranty Service

You must take your Kia Vehicle, along with this manual, to any Authorized Kia Dealer in the United States during its normal service hours.

If you have any questions or need assistance regarding this warranty, refer to the "When You Need to Talk to Kia" starting on Page 39.

## 5. Limited Liability

Liability under this warranty is limited solely to the repair or replacement of factory installed parts that fails to function properly. Such repair or replacement shall be carried out by an Authorized Kia Dealer at its place of business. This warranty does not include any other expense, including but not limited to those for any replacement transportation or for the loss of use of your Kia vehicle.

## 6. Other Terms

The "Other Terms" stated on page 12 in the New Vehicle Limited Warranty section of this manual also apply to this warranty.


## Emission Warranty Definitions

(a) "EPA" means the U.S. Environmental Protection Agency.

(b) "Owner" means the original and each subsequent owner of a Kia Vehicle.

(c) "Kia Part" means a part sold by an Authorized Kia Dealer, whether new or remanufactured, and supplied by Kia.

(d) "Emission Warranty Part" means a catalytic converter, thermal reactor, or other component installed on or in a Kia Vehicle by or at the direction of Kia for the sole or primary purpose of reducing the Kia Vehicle's emissions (not including those vehicle components which were in general use prior to model year 1968 and the primary function of which is not related to emission control). A list of typical Emission Warranty Parts is set forth at the end of this warranty.

(e) "Certified Part" means a replacement part for a Kia Vehicle certified in accordance with after market part certification regulations issued by the EPA.

(f) "Written Maintenance Instructions" means those maintenance and operation instructions, together with the time and/or mileage interval at which such maintenances are to be performed, specified in the Owner's Manual for the Kia Vehicle or this Warranty and Consumer Information Manual as being necessary to assure compliance of the Kia Vehicle with applicable emission standards during the term of this warranty, as specified by law.

**Vehicles Equipped with a California Certified Emission Control System and registered or normally operated in the State of California or any other state\* that adopts California emission warranty provision are also entitled to the California Emission Warranty. (See Page 24 of this Manual).**

**\*California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington.**

Kia Motors America, Inc. warrants to the ultimate purchaser, and each subsequent purchaser, that your Kia Vehicle is (1) designed, built, and equipped so as to conform at the time of sale with the applicable regulations of the United States Environmental Protection Agency (the "EPA"), and (2) free from defects in materials and workmanship which would cause it to fail to conform with the applicable regulations for a period of vehicle operation that does not exceed 24 months or 24,000 miles, whichever occurs first, if the failed Emission Warranty Part is listed in the 24 Month/24,000 Mile Emission Warranty Parts List at the end of this Federal Emission Control Warranty or for a period of vehicle operation that does not exceed 96 months or 80,000 miles, whichever

occurs first, if the failed Emission Warranty Part is listed in the 96 Month/80,000 Mile Emission Warranty Parts List at the end of this Federal Emission Control Warranty.

The applicable warranty period shall begin on either the date the Kia Vehicle is sold to the first retail owner, or on the date the Kia Vehicle is first placed in service (for example if used as a demonstrator, lease, or company car), whichever is earlier. If there should be such defects within this period, Kia will, at its option, repair or replace them with new or remanufactured parts, free of charge at an Authorized Kia Dealer in the United States and the liability of Kia under this warranty is solely limited to such repair or replacement.

This warranty does not apply to or include repair or replacement required, not as a result of defects in materials or workmanship of Kia but, as a result of such factors as (i) accidents, (ii) misuses, (iii) lack of proper maintenance, (iv) repairs improperly performed or replacements improperly installed by any person other than a Kia Dealer, (v) a replacement part or accessory not conforming to the Kia specifications, or (vi) any of the items listed under "What is Not Covered" in the New Vehicle Limited Warranty on pages 9-11 and "Other Items Not Covered by this Warranty" on Page 22 of this manual.

17



# Federal Emission Control Warranty



This warranty is given in lieu of all other express or implied warranties on the part of Kia Motors America, Inc. or the Authorized Kia Dealer selling the Kia Vehicle. No dealer, or any agent or employee thereof, or any other person, is authorized to extend or enlarge this warranty.

The "Other Terms" stated on page 12 of the New Vehicle Limited Warranty section of this manual also apply to this warranty.

# Emission Performance Warranty

## Important Notice:

This warranty has been prepared in accordance with certain regulations promulgated by the EPA which provide that a remedy will be available under this warranty only when a vehicle fails an EPA approved emission short test, generally under circumstances which subject the Owner to a penalty under local, state or federal law because of such failure. As of the date of the printing of this warranty, many states did not have vehicle inspection programs for testing vehicles for conformity with such short test and had not enacted laws subjecting vehicle Owners to such penalties. Therefore, it is possible that in many states or local areas no remedy will be available under this warranty as a matter of law.

## 1. Warranty

Pursuant to Section 207 (b) of the Clean Air Act, Kia warrants to each Owner that if:

(a) The Kia Vehicle is maintained and operated in accordance with the Written Maintenance Instructions; and

(b) The Kia Vehicle fails to conform at any time during the term of this warranty to the applicable emission standards of the EPA, as judged by an emission test approved by the EPA; and

(c) Such nonconformity results or will result in the Owner having to bear any penalty or other sanction (including the denial of the right to use the Kia Vehicle) under local, state or Federal law, Kia shall remedy the nonconformity at no cost to Owner except that if the Kia Vehicle has been in operation for more than 24,000 miles or 24 months since the date of retail delivery or first use of the Kia Vehicle, Kia shall be required to remedy the nonconformity only if it results from the failure of an Emission Warranty Part listed on the 96 Month/80,000 Mile Emission Warranty Parts List.

## 2. Term of Warranty

This warranty shall commence on either the date the Kia Vehicle is sold to the first retail delivery or owner, or on the date the Kia Vehicle is first placed in service (for example, a demonstrator, lease, or company car use), whichever is earlier. This warranty shall be effective for a period 2 years or 24,000 miles

## Federal Emission Control Warranty



from such date, whichever occurs first, except that if the failure to conform to applicable emission standards results from the failure of a part listed on the 96 Month/80,000 Mile Emission Warranty Parts List at the end of this Federal Emission Control Warranty, this warranty shall be effective for a period of vehicle operation that does not exceed 96 months or 80,000 miles, whichever occurs first.

**3. Owner's Warranty Responsibilities**

Each Owner is required to comply with the Written Maintenance Instructions and a claim under this warranty may be denied on the basis of noncompliance by the Owner with such instructions. If and when it is considered that the vehicle's nonconformity with the applicable emission standards has resulted from the Owner's noncompliance with those Written Maintenance Instructions which the manufacturer considers necessary for the vehicle to meet the standards, the Owner may be required to submit evidence of such compliance, and therefore, receipts and other documents covering the performance of scheduled Maintenance Service and proper use in accordance with the Written Maintenance Instructions, including but not limited to validated Scheduled

Maintenance Record of this manual, should be retained by the Owner and should be transferred to each subsequent Owner of the Kia Vehicle.

**4. Use of Kia Genuine Parts**

The Kia Vehicle is designed, built and tested using Kia Genuine Parts so that the Kia Vehicle is able to perform in conformity with EPA regulations as provided by this warranty. Accordingly, it is recommended that any replacement parts used for maintenance, repair or replacement of the Kia Vehicle be Kia Genuine Parts, or parts equivalent to those with which the Kia Vehicle or its engine was originally equipped.

**5. Use of Non-Kia Parts**

Owner may elect to use Certified Parts other than Kia Genuine Parts in the performance of any maintenance or repairs and such use in itself will not invalidate this warranty. However, use of other than Kia Genuine Parts may cause Kia to deny an Emission Performance Warranty claim if the Certified Part used is either defective in materials or workmanship or not equivalent from an emission standpoint to Kia Genuine Parts.

**6. Repair or Replacement by an Authorized Kia Dealer**

Your Kia Dealer shall make all adjustments, repairs or replacements necessary to assure the Kia Vehicle complies with applicable emission standards of the EPA and that the Kia Vehicle will continue to comply during the remainder of the term of this warranty (if proper maintenance and operation are continued).

**7. Warranty Claim Procedures**

A warranty claim may be submitted by presenting the Kia Vehicle to any Authorized Kia Dealer during the Authorized Kia Dealer's regular business hours, together with a copy of a failed emissions test. Upon presentation of a claim, Kia shall notify the Owner within 30 days, or such shorter period of time within which repair is required by local, state or federal law, that the claim will be honored or shall provide the Owner in writing with an explanation of the basis upon which the claim is being denied.

Failure to notify the Owner within such time period shall cause Kia to be responsible for repairing the Kia Vehicle free of charge to the Owner, unless such failure is attributable to the Owner or to events beyond the control of Kia or the Authorized Kia Dealer.

**8. Maintenance by Other Than an Authorized Kia Dealer**

Maintenance, replacement, or repair of the emission control devices and systems covered by this warranty may be performed by any automotive repair establishment or individual using Certified Parts. However, such non-Kia Certified Parts will not be covered by Kia's emission system warranties should such parts fail at a later date.

**9. Consumer Assistance**

If you have any questions regarding your warranty rights and responsibilities, you should contact the Kia Motors America, Inc. Consumer Affairs Department toll-free at **1-800-333-4Kia**. Or you may write to: U.S. Environmental Protection Agency Office of Transportation and Air Quality Compliance Division, Light-Duty Vehicle Group Attn: Warranty Complaints 2000 Traverwood Drive Ann Arbor, MI 48105 Email: complianceinfo@epa.gov

# Federal
# Emission Control Warranty



## 10. Other Items Not Covered by This Warranty

In addition to the above provisions, this warranty does not cover the following:

(a) Damage resulting from such factors as accidents, acts of nature or events beyond the control of Kia.

(b) Any economic loss, incidental, special, consequential, or exemplary damages (whether in contract or tort), including, but not limited to, loss of time, inconvenience, loss of use of the Kia Vehicle, cost of transporting the Kia Vehicle to an Authorized Kia Dealer or other repair establishment for repair or service, lodging, car rentals, travel costs, loss of pay and any other expenses or damages.

(c) Any repair of a Kia Vehicle on which the odometer mileage has been altered or on which the actual mileage cannot be readily determined.

(When replacing the speedometer, the "Speedometer Replacement Record" on the inside front cover must be filled in by an Authorized Kia Dealer or any repair establishment utilizing Certified Parts.)

This warranty is given in lieu of all other express or implied warranties (except those set forth separately in this manual) on the part of Kia Motors America Inc. or the Authorized Kia Dealer selling the Kia Vehicle. No dealer, or any agent or employee thereof, or any other person, is authorized to extend or enlarge this warranty.

This warranty is applicable to all the Kia Vehicles certified for the 50 states, including the State of California.

# Federal Emission Control Warranty

**Air Induction System**
Air Cleaner Assembly
Intake Manifold
Surge Tank-Air Intake
Turbo Charger
**Fuel Metering System**
Engine Coolant Temperature Sensor (ECT)
Mass Air Flow Sensor (MAF)
Manifold Absolute Pressure Sensor (MAP)
Vehicle Speed Sensor (VSS)
Wheel Speed Sensor (WSS)
Fuel Injector
Fuel Delivery Line
Throttle Body (ETC Actuator)
Throttle Position Sensor (TPS)
Idle Speed Control System
Oxygen Sensor
Pulsation Damper
Engine Control Module (ECM)    *8/80 All vehicles
High Pressure Pump
High Pressure Sensor
**Ignition System**
Spark Plugs
Spark Plugs Cable Set
Ignition Coil
Camshaft Position Sensor (CMPS)
Crankshaft Position Sensor (CKPS)
Generator

**Valve Timing System**
CVVT Assy
Oil Control Valve Assy
Oil Temperature Sensor
**Evaporative Control System**
Vapor Storage Canister
Canister Close Valve (CCV)
Purge Control Solenoid Valve (PCSV)
Fuel Pump
Fuel Pump Module
Fuel Tank
Fuel Filler Cap
Fuel Tank Pressure Sensor (FTP)
ORVR(Vent) Valve
Rollover(Cut) Valve
**Positive Crankcase Ventilation System**
PCV Valve and Hose
**Catalyst and Exhaust System**
Exhaust Manifold
Exhaust Manifold Catalytic Assembly    *8/80 All vehicles
Exhaust Pipe (Manifold to Catalyst)
Catalytic Converter Assembly    *8/80 All vehicles
**Miscellaneous Items Used In Above Systems**
Hose, Clamps,Gasket or Seals
Wires, Harnesses Connectors
All Sensor(Switches,Solenoid Valves, Battery) associated with the ECM
**Onboard Emission Diagnostic Device**
Malfunction Indicator Light and Bulb    *8/80 All vehicles
Data Link Connector

*Spark Plugs shall be warranted for the emissions warranty period, or the first scheduled replacement time or mileage, whichever occurs first.*
NOTE 1 : Specific emission parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first (See Owner's Manual for required scheduled maintenance).
NOTE 2 : Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first.

# Federal
# Emission Control Warranty



# California
# Emission Control Warranty



## California Emission Control Warranty Statement

### Your Warranty Rights And Obligations

The California Air Resources Board and Kia Motors America, Inc., are pleased to explain the emission control system warranty on your 2019 Kia vehicle. In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. Kia must warrant the emission control system on your Kia vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of your Kia vehicle.

Your emission control system may include parts such as the carburetor or fuel-injection system, the ignition system, catalytic converter, and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies. Where a warrantable condition exists, Kia will repair your Kia vehicle at no cost to you including diagnosis, parts and labor.

### Manufacturer's Warranty Coverage

For 3 years or 50,000 miles, whichever first occurs:

1. If your Kia vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by Kia to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

2. If any emission-related part on your Kia vehicle is defective, the part will be repaired or replaced by Kia. This is your short-term emission control system DEFECTS WARRANTY.

For 7 years or 70,000 miles for emission related parts, whichever first occurs (8 years or 80,000 miles for Federal Emission Control Warranty) :

If an emission-related part listed in this warranty booklet specially noted with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by Kia. This is your long-term emission control system DEFECTS WARRANTY.

For 2019 SULEV (Super Ultra Low Emission Vehicle) vehicle certified as partial zero-emission vehicle (PZEV) only, all parts covered under the PERFORMANCE WARRANTY and the DEFECT WARRANTY, which are listed in this warranty booklet on the Emission Warranty Parts List, are warranted for 15 years or 150,000 miles, whichever occurs first.

## Owner's Warranty Responsibilities

As the Kia vehicle owner, you are responsible for the performance of the required maintenance listed in your owner's manual. Kia recommends that you retain all receipts covering maintenance on your vehicle but Kia cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your Kia vehicle to a Kia dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the Kia vehicle owner, you should also be aware that Kia may deny you warranty coverage if your Kia vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact Kia Motors America, Inc., Consumer Affairs Department at **1-800-333-4542** or the California Air Resource Board at 9528 Telstar Avenue, El Monte, CA 91731 (1-800-242-4450).

## Coverage

Kia Motors America, Inc. (Kia), warrants to the owner that any vehicle certified for sale in the State of California and registered in the State of California is designed, built and equipped so as to conform with the emissions standards adopted by the California Air Resources Board. Kia warrants that this vehicle is free from defects in material and workmanship which would cause any part on this vehicle which affects emissions to fail to conform with applicable requirements or to fail to pass a required state smog check test for 3 years or 50,000 miles, whichever occurs first. Kia also warrants that, any part on the warranted emissions parts list in this warranty and installed as original equipment, is free from defects in material and workmanship which would cause this vehicle to fail to conform with applicable regulations for 7 years or 70,000 miles, whichever first occurs.

# California
# Emission Control Warranty



# California
# Emission Control Warranty

## Warranty Service

To obtain warranty service, return the vehicle to any authorized Kia dealer. Service will be performed without charge for diagnosis, parts and labor. In case of emergency, see Emergency Service Instructions.

## Exclusions

This warranty does not apply to failures caused by abuse, tampering or lack of maintenance; or to any vehicle on which the odometer mileage has been altered so that the vehicle's actual mileage cannot be determined.

## STATEMENT OF OWNER'S RIGHTS AND OBLIGATIONS

## What Is Covered By The Warranty

If a vehicle fails a state Smog Check test during the coverage period, Kia will repair the vehicle so that it will pass a state Smog Check retest. The owner should take the vehicle to any authorized dealer for Warranty repairs and present a copy of the failed Smog Check test report to the dealer. If the owner is not notified within 30 days that a performance warranty claim is not valid then the manufacture is required to repair the vehicle free of charge.

In addition, if a warranted part fails because of a defect, Kia will repair or replace it at any authorized Kia dealer. Any other parts damaged by the failure of a warranted part will also be repaired or replaced. The repair and/or replacement will be made at no charge to the owner for parts, labor and diagnosis. For emergency situations, see the instructions under Emergency Service.

## How Long Does The Warranty Last

The warranty shall apply for 3 years or 50,000 miles, whichever occurs first, except that those parts listed on the warranted parts list are covered for 7 years or 70,000 miles, whichever first occurs. For 2019 SULEV(Super Ultra Low Emission Vehicle) vehicle certified as partial zero-emission vehicle(PZEV) only, all parts covered under the PERFORMANCE WARRANTY and the DEFECT WARRANTY, which are listed in this warranty booklet on the Emission Warranty Parts List, are warranted for 15 years or 150,000 miles, whichever occurs first. Where parts are scheduled for replacement as required maintenance, the warranty shall apply until the first scheduled maintenance point listed in the Owner's Manual. This warranty begins on the date the vehicle is delivered to the original purchaser or on the date the vehicle is first placed in service, whichever occurs first.


## What The Owner Must Do

It is your responsibility to perform the required maintenance and use the vehicle in accordance with Kia's written instructions. Warranty coverage will not be denied solely because there is no record of maintenance. However, failures caused by lack of required maintenance are not covered by the warranty. To avoid questions as to whether the vehicle maintenance has been performed, Kia urges that you retain all receipts and/or maintenance records indicating that service has been performed on the vehicle and these documents should be transferred to any subsequent owner of the vehicle.

## Service

MAINTENANCE SERVICE CAN BE PERFORMED BY ANY QUALIFIED SERVICE OUTLET OR BY THE OWNER. HOWEVER, EXCEPT IN AN EMERGENCY SITUATION (SEE EMERGENCY SERVICE), WARRANTY SERVICE MUST BE PERFORMED BY AN AUTHORIZED KIA DEALER.

## Parts

IT IS RECOMMENDED THAT ANY REPLACEMENT PARTS USED FOR MAINTENANCE OR FOR THE REPAIR OF EMISSIONS CONTROL SYSTEMS BE NEW, KIA GENUINE PARTS. However, the warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-Kia parts for maintenance purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emissions control systems.

## What Is Not Covered By Emission Warranty

Malfunctions in any part caused by misuse, alteration, tampering, disconnection or improper or inadequate maintenance.

Damage to catalytic converter due to use of leaded gasoline.

Damage resulting from fire, accident, negligence, act of God or other events beyond the control of Kia.

Maintenance replacement parts (such as spark plugs) beyond the first scheduled replacement point.

# California
# Emission Control Warranty



Incidental or consequential damages such as loss of use of the vehicle, loss of time, inconvenience, expense for gasoline, telephone, travel or lodging.

Any vehicle on which the odometer mileage has been altered so that actual vehicle mileage cannot readily be determined. (When the Owner replaces the speedometer or has it replaced by a repair facility, then the "Speedometer Replacement Record" on the inside front cover must be filled in by an Authorized Kia Dealer.)

Loss or damage to personal property, loss of revenue, commercial loss or other matter not specifically included.

Damage resulting from the use of a non-Kia part.

## Emergency Service

If emergency Emission Control System Warranty service is required and the owner is unable to readily locate an authorized Kia dealer or if a warranted part is not available within 30 days, then, repairs may be performed at any available service establishment, or by the owner, using any replacement part. Kia will reimburse the owner for the owner's expenses including diagnostic

charges for such emergency repair or replacement at Kia's suggested retail price for all warranted parts replaced and labor charges based on Kia's recommended time allowance for the warranty repair and the geographically appropriate hourly labor rate. Replaced parts and copies of paid original receipts must be available for presentation to Kia as a condition of reimbursement for these emergency repairs. In addition, the owner must provide Kia a detailed description indicating why the situation was considered an emergency and why an authorized Kia dealer was not available. Additional information may be obtained by calling **1-800-333-4Kia**. A repair not being complete within 30 days constitutes an emergency.

ATTACHED IS A LIST OF COMPONENTS WARRANTED AGAINST DEFECTS IN MATERIAL AND WORKMANSHIP FOR 7 YEARS OR 70,000 MILES ON VEHICLES/ENGINES AS NOTED.

# California Emission Control Warranty

## Air Induction System
Air Cleaner Assembly
Intake Manifold  *7/70 Rio, Soul, Forte 1.8, Optima, Sportage, Sorento 2.4, Cadenza
Surge Tank -Air Intake  *7/70 Sorento 3.3, Cadenza, Sedona
Turbo Charger

## Fuel Metering System
Engine Coolant Temperature Sensor (ECT)
Mass Air Flow Sensor (MAF)
Manifold Absolute Pressure Sensor (MAP)
Vehicle Speed Sensor (VSS)
Wheel Speed Sensor (WSS)
Fuel Injector
Fuel Delivery Line
Fuel Tank  *7/70 Forte 1.6
Throttle Body (ETC Actuator)
Throttle Position Sensor (TPS)
Idle Speed Control System
Oxygen Sensor
Pulsation Damper
Engine Control Module (ECM)  *8/80 All vehicles
High Pressure Pump  *7/70 Rio, Soul, Forte 1.6, 2.0, Optima 2.0, 2.4, Sportage, Sorento, Cadenza, Sedona
High Pressure Sensor

## Ignition System
Generator  *7/70 Forte, Soul, Optima 2.0, 2.4, Sportage, Sorento, Rio, Sedona
Spark Plugs
Spark Plugs Cable Set
Ignition Coil
Camshaft Position Sensor (CMPS)
Crankshaft Position Sensor (CKPS)

## Valve Timing System
CVVT Assy
Oil Control Valve Assy
Oil Temperature Sensor

## Evaporative Control System
Vapor Storage Canister
Canister Close Valve (CCV)
Purge Control Solenoid Valve (PCSV)
Fuel Pump
Fuel Pump Module
Fuel Tank  *7/70 Rio, Soul, Forte, Optima, Sportage, Sorento, Cadenza, Sedona
Fuel Filler Cap
Fuel Tank Pressure Sensor (FTP)
ORVR(Vent) Valve
Rollover(Cut) Valve
Fuel Pump & Sender Assy  *7/70 Sportage 2.0

## Positive Crankcase Ventilation System
PCV Valve and Hose

## Catalyst and Exhaust System
Exhaust Manifold
Exhaust Manifold Catalytic Assembly  *8/80 All vehicles
Exhaust Pipe (Manifold to Catalyst)  *7/70 Sorento 3.3, Cadenza, Sedona
Catalytic Converter Assembly  *8/80 All vehicles

## Miscellaneous Items Used In Above Systems
Hose, Clamps,Gasket or Seals
Wires, Harnesses Connectors
All Sensor(Switches, Solenoid Valves, Battery) associated with the ECM

## Onboard Emission Diagnostic Device
Malfunction Indicator Light and Bulb  *8/80 All vehicles
Data Link Connector  *8/80 All vehicles

*Spark Plugs shall be warranted for the emissions warranty period, or the first scheduled replacement time or mileage, whichever occurs first.*

NOTE 1 : Specific emission parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first (See Owner's Manual for required scheduled maintenance.)
NOTE 2 : Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first.
NOTE 3 : Parts designated by "7/70" are warranted for 7 years or 70,000 miles, whichever occurs first.
NOTE 4 : The above parts for a Forte & Soul 2.0, Optima 2.4, Sportage 2.4 SULEV vehicle, certified as a partial zero-emission vehicle(PZEV) only, are warranted for 15 years or 150,000 miles, whichever occurs first.

# California
# Emission Control Warranty

(KIA)

# Replacement Parts and Accessories Limited Warranty



## Replacement Parts and Accessories Limited Warranty

Subject to the other terms and conditions of this limited warranty manual, Kia Motors America, Inc. ("Kia") warrants that it will arrange for an Authorized Kia dealer at locations of its choice to provide for the repair of your vehicle if it fails to function properly during normal use. Authorized service facilities will remedy such failures to function properly at Kia's expense, if you present your vehicle to such a service facility during its normal operating hours, provide sufficient information to permit a proper identification and diagnosis of the failure to function, and permit the facility adequate time to perform the necessary repair. As this obligation is subject to the terms, conditions and limitations of this manual, you should refer to the manual to understand which repairs and replacements are covered by this warranty. When an Authorized Kia Dealer makes necessary repairs pursuant to the warranty, it may do so using parts that are new, repaired, remanufactured, reconditioned, or otherwise authorized by Kia. These parts will be covered by the terms and conditions of the Replacement Parts and Accessories Limited Warranty. If an Authorized Kia Dealer declines or fails to carry out a proper repair or replacement covered by this limited

warranty without charge to you, Kia will (a) determine if the repair or replacement requested by you is covered by Replacement Parts and Accessories Limited Warranty and, if so, (b) obtain cooperation from an Authorized Kia Dealer to conduct such repair or replacement without charge to you. However, Kia's obligation to do (a) and (b) requires you to contact the Kia Consumer Assistance Center and provide all materials needed by them to carry out those obligations to you. The Center can be contacted at the address or phone number provided in the Kia Owner Satisfaction and Assistance Section of this manual, or can also be found at the Kia website at http://www.kia.com.

This warranty covers Kia Genuine new or remanufactured replacement parts and Kia Accessories supplied from Kia Motors America, Inc. and sold by an Authorized Kia Dealer. This includes Kia Accessories installed by an Authorized Kia Dealer or Kia Motors America, Inc. prior to the retail delivery of a new Kia Vehicle.

If a covered replacement part or accessory was installed by anyone other than an Authorized Kia Dealer, the replacement part or accessory will be repaired or

replaced without charge for the parts, but all labor charges will be your responsibility.

**Warranty Period**

- **Kia Genuine replacement parts**

  Kia Genuine replacement parts (except battery) installed by an Authorized Kia Dealer under warranty are covered for the greater of (1) the duration of the New Vehicle Limited Warranty or (2) the first 12 months from the date of installation of the Kia Genuine replacement parts or 12,000 miles.

- **Kia Genuine replacement battery**

  This warranty applies only to Kia Genuine replacement batteries purchased from an Authorized Kia Dealer in the United States. Kia Genuine replacement batteries are covered by a limited warranty for the period of 36 months from the date of installation, regardless of mileage. During the first 12 months of the warranty period a defective Kia Genuine replacement battery will be replaced at no charge for the new battery, labor or installation. If a Kia

Genuine replacement battery fails during the last 24 months of the 36-month warranty period, you will receive a pro-rated credit toward the purchase of a new Kia battery. You are responsible for all diagnostic, labor and installation charges.

**Pro-Ration Chart:**

| Months Of Use | Consumer Portion | Warranty Portion |
|---|---|---|
| 13-16 months | 10% | 90% |
| 17-20 months | 30% | 70% |
| 21-23 months | 45% | 55% |
| 24-26 months | 60% | 40% |
| 27-30 months | 75% | 25% |
| 31-33 months | 85% | 15% |
| 34-36 months | 90% | 10% |

Kia will not reimburse you for any portion of the cost of a non-Kia replacement battery.



# Replacement Parts and Accessories Limited Warranty



- **Accessories**

  A Kia Genuine accessory installed by Kia or an Authorized Kia Dealer on a new vehicle at the time of, or prior to the vehicle's date of delivery to the original retail purchaser, or the date the vehicle is first put into service, is covered under the New Vehicle Limited Warranty and is limited to 60 months from the date of original retail delivery date of first use, or 60,000 miles, whichever occurs first.

  A Kia Genuine accessory installed by an Authorized Kia Dealer after the vehicle was delivered to the original retail purchaser or first put into service shall be warranted for the greater ( )the duration of the New Vehicle Limited Warranty or (2)12 months or 12,000 miles from the date of purchase or installation.

  Kia Genuine AM/FM Radios, satellite radios, CD players or other audio equipment purchased after the vehicle is first put into service are covered for 12 months/unlimited miles.

  A Kia Genuine Air Conditioning System installed by an Authorized Kia Dealer after the vehicle is first put into service is covered for 12 months/12,000 miles, whichever comes first, or

  the remainder of the New Vehicle Limited Warranty, whichever is greater, from the date of installation. A Kia Genuine Air Conditioning System purchased over the counter is warranted for 12 months/unlimited miles.

## What Is Not Covered

- Damage or corrosion due to such factors as accidents, negligence, improper repairs or adjustments, misuse, alterations or collision.

- Damage or surface corrosion from environment such as acid rain, airborne fallout (chemicals, tree sap), stones, salt, road hazards, hail, wind storm, lightning, floods and other acts of God.

- Normal wear, tear or deterioration such as discoloration, fading, deformation, etc.

- Air conditioner refrigerant charge after the first 12 months, unless replenished as part of a warranty repair.

- Replacement parts or accessories installed on a Kia Vehicle in which the actual mileage cannot be altered, or on which the actual odometer has been readily determined.

- Replacement parts or accessories used in applications for which they are not designed.

- Replacement parts or accessories installed improperly by other than an Authorized Kia Dealer or Kia.

- Any replacement part or accessory without proof of purchase or replacement date.

- Non-Kia replacement parts or accessories which an Authorized Kia Dealer may sell or install on your Kia Vehicle.

## To Get Warranty Service

You must take your Kia Vehicle, along with this manual and proof of purchase or replacement date, to an Authorized Kia Dealer in the United States during its normal service hours. If you have any questions or need assistance regarding this warranty, refer to "When You Need to Talk to Kia" starting on Page 39.

## Limited Liability

The liability of Kia Motors America, Inc. under this warranty is limited solely to the repair or replacement of Kia-supplied parts, defective in materials or workmanship, by an Authorized Kia Dealer at its place of business, and specifically does not include any expense of or related to transportation to such a dealer or payment for loss of use of the Kia Vehicle during warranty repairs.

## Other Terms

The "Other Terms" stated on Page 12 in the New Vehicle Limited Warranty also apply to this warranty.

# Scheduled Maintenance Record



The service records on this and the following pages have been designed to include the signature of your Authorized Kia Dealer representative or other repair establishment representative. This signed form is evidence of completion of maintenance services and should be kept with the receipts, repair orders and invoices in the glove box. All records should be given to any subsequent owner of the Kia Vehicle. Claims made during the warranty term will not qualify under the warranty if resulting from lack of maintenance rather than from defective material or workmanship. Alternatively, for your convenience, you have been provided with a vehicle maintenance Log booklet for your use in recording your Kia vehicle's maintenance. You may use either to organize and maintain your records.

**Scheduled Maintenance Intervals**

Refer to your Owner's Manual for the specific conditions.

**Pre-Delivery Inspection**

Mileage: _____

R.O. Number: _____

Date: _____

Authorized
Signature: _____

Dealership: _____

**Service #1**

Mileage: _____

R.O. Number: _____

Date: _____

Authorized
Signature: _____

Dealership: _____

**Service #2**

Mileage: _____

R.O. Number: _____

Date: _____

Authorized
Signature: _____

Dealership: _____

**Service #3**
  Mileage: _____
  R.O. Number: _____
    Date: _____
  Authorized
  Signature: _____
  Dealership: _____

**Service #4**
  Mileage: _____
  R.O. Number: _____
    Date: _____
  Authorized
  Signature: _____
  Dealership: _____

**Service #5**
  Mileage: _____
  R.O. Number: _____
    Date: _____
  Authorized
  Signature: _____
  Dealership: _____

**Service #6**
  Mileage: _____
  R.O. Number: _____
    Date: _____
  Authorized
  Signature: _____
  Dealership: _____

**Service #7**
  Mileage: _____
  R.O. Number: _____
    Date: _____
  Authorized
  Signature: _____
  Dealership: _____

**Service #8**
  Mileage: _____
  R.O. Number: _____
    Date: _____
  Authorized
  Signature: _____
  Dealership: _____

# Scheduled Maintenance Record



# Scheduled Maintenance Record



**Service #9**
Mileage: _____
R.O. Number: _____

Date: _____

Authorized
Signature: _____

Dealership: _____

**Service #10**
Mileage: _____
R.O. Number: _____

Date: _____

Authorized
Signature: _____

Dealership: _____

**Service #11**
Mileage: _____
R.O. Number: _____

Date: _____

Authorized
Signature: _____

Dealership: _____

**Service #12**
Mileage: _____
R.O. Number: _____

Date: _____

Authorized
Signature: _____

Dealership: _____

**Service #13**
Mileage: _____
R.O. Number: _____

Date: _____

Authorized
Signature: _____

Dealership: _____

**Service #14**
Mileage: _____
R.O. Number: _____

Date: _____

Authorized
Signature: _____

Dealership: _____

**Service #15**
Mileage: _____
R.O. Number: _____
Date: _____
Authorized
Signature: _____
Dealership: _____

**Service #16**
Mileage: _____
R.O. Number: _____
Date: _____
Authorized
Signature: _____
Dealership: _____

**Service #17**
Mileage: _____
R.O. Number: _____
Date: _____
Authorized
Signature: _____
Dealership: _____

**Service #18**
Mileage: _____
R.O. Number: _____
Date: _____
Authorized
Signature: _____
Dealership: _____

**Service #19**
Mileage: _____
R.O. Number: _____
Date: _____
Authorized
Signature: _____
Dealership: _____

**Service #20**
Mileage: _____
R.O. Number: _____
Date: _____
Authorized
Signature: _____
Dealership: _____

## Scheduled Maintenance Record



# Dealer Certification



The undersigned Dealer wants you to know that at the time your new Kia Vehicle is being delivered:

1.  Based upon written notification furnished by the manufacturer, we have knowledge that this Kia Vehicle is covered by an Environmental Protection Agency (EPA) Certificate of Conformity.

2.  We have made a visual inspection. This inspection is limited to those emission control devices or portions thereof which are visible without removal or adjustment of any vehicle component or system of the Kia Vehicle, whether emissions related or otherwise. Based upon such visual inspection, there are no apparent deficiencies in the installation of emission control devices by the manufacturer. ("Emission control device" is limited to all devices installed on a Kia Vehicle for the sole or primary purpose of controlling Kia Vehicle's emissions which were not in general use prior to 1968.)

3.  We have performed all emission control system preparation required by the manufacturer prior to the sale of the Kia Vehicle, as set forth in the current pre-delivery service manual provided by the manufacturer.

4.  Except as may be provided in Paragraph 5 below, the Kia Vehicle warrantor shall remedy free of charge to the consumer, under terms of the warrantor's emission performance warranty, if this Kia Vehicle fails to pass an EPA-approved emission test under BOTH of the following conditions:

    a.  If such test is prior to the expiration of **three months or 4,000 miles** (whichever comes first) from date or mileage at time of delivery to the ultimate buyer.

    b.  If the Kia Vehicle has been maintained and used in accordance with the manufacturer's written instructions for proper maintenance and use.

5.  Check here if the Kia Vehicle is a company car or demonstrator and complete the following:

    The Kia Vehicle with which this statement is delivered was placed in service as a demonstrator or company car prior to delivery. The manufacturer's emission performance warranty period commenced on the date the vehicle was first placed in service, namely on

    | Month | Day | Year |
    | --- | --- | --- |
    | | | |

## NOTE

The dealer makes no representation or warranty that the emission control system or any part thereof is without defect nor that the system will properly perform. The warrantor's emission performance warranty referred to above, furnished with this Kia Vehicle, is solely that of the warrantor. This statement is required by section 207 of the Clean Air Act (42 U.S.C. 7541) and the EPA regulations issued thereunder.

Dealership Name: _____

# To Our Consumer

This section contains information about Kia's Roadside Assistance Program, contacting Kia Motors America and the BBB AUTO LINE. Please review the procedures on the next few pages. They are provided to help resolve any concerns you may have with your vehicle or dealership. Feel free to contact us at any time.

Also included are basic requirements established by your state regarding Lemon Laws for your reference.

## ROADSIDE ASSISTANCE PROGRAM

As an added consumer benefit, Roadside Assistance is provided on all new 2019 model Kia Vehicles from the date the vehicle is delivered to the first retail buyer or otherwise put into use (in-service date), whichever is earlier, for a period of 60 months or 60,000 miles, whichever is earlier, subject to the terms, conditions and exclusions set forth in this manual.

More information regarding the services available under Kia's Roadside Assistance program is available in your Kia Vehicle's Owner's Manual. These services generally include:

- Towing to the nearest authorized Kia dealer or an alternative service location in the event of a warranty-related disablement
- Out of gas assistance (out of gas assistance is limited to a maximum of 2 times per year and a maximum of 2 gallons of gasoline)*
- Flat tire assistance*
- Jump start assistance*
- Lock-out assistance* (excludes reimbursement for replacement of any missing, lost or damaged keys)
- Trip interruption expense benefits in the event a warranty-related disablement occurs more than 150 miles from home and the repairs require more than 24 hours to complete (limited to $100 per day for a maximum of 3 days per incident) NOTE: Fleet vehicles are excluded from reimbursement under Kia's Trip Interruption Policy.

* Roadside Services are limited to a maximum of $75 per occurrence.

**39**



Kia's toll free Roadside Assistance hot line is staffed 24 hours a day, 365 days a year and is accessible by dialing 1-800-333-4 KIA (4542). Please note that you must provide your Vehicle Identification Number (VIN) to verify coverage at the time of your call. The VIN can be found on the dash of your vehicle on the driver's side, on the door jamb of the driver's door, on your vehicle's registration or proof of insurance card.

Kia Motors America reserves the right to limit or deny services or other benefits to any owner or driver when, in Kia Motors America's judgment, the claims and/or service requests are excessive in frequency or type of occurrence.

The following is not covered under Roadside Assistance:

■ Any Kia vehicle that has ever been or should be issued a "Salvage" title or similar "branded" title under any state's law or has been declared a "total loss" or equivalent by a financial institution or insurance company.

# Kia Owner Satisfaction and Assistance

Both Kia Motors America and your Kia dealer are dedicated to serving all of your automotive needs. Your complete satisfaction is our primary concern. Your Kia dealer is available to assist you with all of your automobile sales, parts and service requirements.

If, however a situation arises that has not been addressed to your satisfaction, we ask that you take the following steps:

## STEP 1 :

Discuss the situation with the dealership management. If a problem still exists, contact the dealership General Manager or Owner. Your Kia dealership is best equipped to resolve the matter for you.

## STEP 2 :

If the problem has still not been addressed to your satisfaction, please contact our Kia Consumer Assistance Center using our toll free number:

1-800-333-4KIA(4542)

## Consumer Affairs Procedures



# Consumer Affairs Procedures



To assist you the Consumer Assistance Center will ask for the following information:

- Your name, address and telephone number
- Vehicle identification number (on dashboard and on label installed on the driver's door).
- Date of purchase
- Current odometer reading
- Your Kia dealership's name

Or you can write to Kia with the above information at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410

## STEP 3 :

In the event that you believe Kia has been unable to satisfactorily address the concern, a special alternative resolution program called AUTO LINE is available to you. This independent agency is run by the Council of Better Business Bureaus and is provided at no cost to you. You may contact them at:

AUTO LINE
Council of Better Business Bureaus
3033 Wilson Blvd. Suite 600
Arlington, VA 22201
800-955-5100

The purpose of the AUTO LINE is to settle disputes between vehicle manufacturers and consumers. The AUTO LINE staff will record the details of your concern by telephone and will ask for the same information as in Step 2.

The AUTO LINE program consists of two parts - mediation and arbitration. The BBB AUTO LINE staff will provide suggestions for resolving the problem during mediation. If a satisfactory resolution has not been achieved during mediation, you will have the opportunity to present your case personally before an impartial person or three person panel. This is the arbitration part of AUTO LINE. The arbitrator(s) will make a decision after the arbitration hearing.

If you accept the decision, it will be legally binding on you and Kia. However, in some states, if the decision is not accepted, it may be introduced either by you or Kia as evidence in subsequent court action. Disputes handled through the BBB Auto Line process are usually resolved within 40 days of your contacting the BBB. If you have not contacted Kia Motors America, Inc. first regarding your complaint, the arbitration process will take no longer than 47 days.

You must use BBB AUTO LINE prior to seeking remedies available to you through a court action pursuant to the Magnuson-Moss Warranty Act (the "ACT"). In addition, you must use BBB AUTO LINE if you are required to do so prior to seeking remedies available under the "Lemon Law" of your state. However, if state law permits and if you choose to seek remedies which are not created by the Act, you are not required to use BBB AUTO LINE, although that option is still available to you. The following section has been developed with information on contacting Kia and on the basic provisions of your State's "Lemon Laws". In some states, your Kia dealership may provide you with Lemon Law disclosure information in addition to the booklet in accordance with state law. Other states may have their own state-operated complaint resolution processes. Your eligibility for this program is determined by your vehicle's age, mileage and other contributing factors.

## Consumer Affairs Procedures



# Alabama Consumer Notice

**KIA**

## NOTICE TO CONSUMERS STATE OF ALABAMA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus.

However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by certified mail, by providing a written statement that describes the subject motor vehicle, the problems with your vehicle, and describes all previous attempts to correct the problems by identifying the person, firm, or corporation who made such attempt and the time each attempt was made, and

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P.O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

44

# NOTICE TO CONSUMERS STATE OF ALASKA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a dispute resolution service administered by the Council of Better Business Bureaus.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1)  Notify Kia at the address below and its dealer, by certified mail, of the problem with your vehicle before 60 days have elapsed after the expiration of the express warranty or the one-year period after the date of delivery of the motor vehicle to the original owner, whichever occurs first, and

2)  Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# Arizona Consumer Notice



## NOTICE TO CONSUMERS STATE OF ARIZONA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies under your state Lemon Law and remedies which are not created by the Magnuson-Moss Warranty Act, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF ARKANSAS

If your vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, you may be entitled under the provisions of the Arkansas "Lemon Law" known as the New Motor Vehicle Quality Assurance Act to a replacement or repurchase of the vehicle. Should you seek a repurchase or replacement under your state "Lemon Law", you must use BBB AUTO LINE, Kia's third-party arbitration program administered by the Council of Better Business Bureaus, prior to initiating court action. However, if you choose to seek other remedies under your state Lemon Law and remedies which are not created by the Magnuson-Moss Warranty Act, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under Arkansas "Lemon Law", you must first:

1) Notify Kia at the address below, by certified mail, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

For further information regarding your rights and obligations under the Arkansas "Lemon Law", you may contact the Consumer Protection Division of the Office of the Arkansas Attorney General at (501) 682-2341.



# California Consumer Notice



## NOTICE TO CONSUMERS STATE OF CALIFORNIA

Note. You are required to use BBB AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are also required to use BBB AUTO LINE before exercising rights or seeking remedies created by Title I of the Magnuson-Moss Warranty Act, 15 U.S.C. sec. 2301 et seq. If you choose to seek redress by pursuing rights and remedies not created by California Civil Code Section 1793.22 or Title I of the Magnuson-Moss Warranty Act, resort to BBB AUTO LINE is not required.

1. Kia participates in BBB AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus (33033 Wilson Blvd. Suite 600, Arlington, VA 22201) through local Better Business Bureaus. BBB AUTO LINE and Kia have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

   If you have a problem arising under a Kia's written new vehicle warranty, we encourage you to bring it to our attention. If we are unable to resolve it, you may file a claim with BBB AUTO LINE. Claims arising under a Kia's written new vehicle limited warranty must be filed with the BBB within six (6) months after the expiration of the warranty.

   To file a claim with BBB Auto Line, call 1-800-955-5100. Your call will be automatically directed to the appropriate BBB AUTO LINE office in California. There is no charge for this call.

2. In order to file a claim with BBB AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time your problem was first brought to the attention of Kia or one of our dealers, and a statement of the relief you are seeking.

   BBB staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, eligible consumers may present their case to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued 40 days from the time your complaint is filed (47 days if you did not first contact Kia about your problem), or a delay of up to 30 days if the arbitrator requests an inspection/ report by an impartial technical expert or further investigation and report by BBB AUTO LINE.

3. California Civil Code Section 1793.2(d) requires that, if Kia or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, Kia may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that Kia has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, *one or more of the following occurs:*

- The same nonconformity [a failure to conform to the written warranty that substantially impairs the use, value or safety of the vehicle] results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by Kia or its agents AND the buyer or lessee has directly notified KIA of the need for the repair of the nonconformity; OR

- The same nonconformity has been subject to repair 4 or more times by Kia or its agents AND the buyer has notified Kia of the need for the repair of the nonconformity; OR

- The vehicle is out of service by reason of repair of nonconformities by Kia or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

Notice as required above must be sent to:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

**49**



# California Consumer Notice



**REMEDIES YOU MAY SEEK IN BBB AUTO LINE:**

4. In using the BBB AUTO LINE, you may seek repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under Kia's written warranty or applicable law.

**REMEDIES YOU MAY NOT SEEK IN BBB AUTO LINE:**

Punitive or multiple damages, attorney's fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

5. You are free to reject the decision issued by a BBB AUTO LINE Arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

If you accept the Arbitrator's decision, Kia will be bound by the decision, and will comply with the decision within a reasonable time, not to exceed 30 days, after we receive notice of your acceptance of the decision.

6. Please call the BBB AUTO LINE for further details as to your eligibility for this program at (800) 955-5100.

# NOTICE TO CONSUMERS STATE OF COLORADO

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated on this page.

In order to seek enforcement of rights and remedies, including use of presumption of a reasonable number of repair attempts under your state Lemon Law, you must first:

1) Notify Kia in writing at the address below, by certified mail, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair your vehicle.

A notification form has been provided to assist you on the next page.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



## Colorado Consumer Notice

# Colorado Consumer Notice



# KIA MOTORS AMERICA, INC. PO Box 52410, Irvine, CA 92619-2410
## NOTIFICATION TO MANUFACTURER

Name _____

Address _____
    (Street)       (City)    (State)    (Zip)

Phone _____
    (Home)       (Business)

Vehicle Information _____
    (Model)       (Year)

VIN _____ Date of Purchase _____ Mileage _____

Servicing Dealer _____

Number or Days Vehicle Has Been Out of Service _____

Number of Times the Dealer Has Attempted to Repair the Same Condition _____

Description of Concern _____

_____

_____

_____

_____

Written notification of the nonconformity to Kia Motors America, Inc., by certified mail at the address above is required in order for the consumer to obtain remedies under the Colorado Lemon Law.

**53**

## Colorado Consumer Notice

# Colorado Consumer Notice



# NOTICE TO CONSUMERS STATE OF CONNECTICUT

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" or other applicable laws to a replacement or repurchase of the vehicle and/or other relief.

IN ORDER TO SEEK REMEDIES UNDER YOUR STATE LEMON LAW, YOU MUST FIRST:

1) NOTIFY KIA AT THE ADDRESS BELOW, IN WRITING, OF THE PROBLEM WITH YOUR VEHICLE AS REQUIRED BY LAW; AND

2) Provide Kia opportunities to cure the nonconformity, defect, or condition.

Pursuant to Conn. Gen. Stat. § 42-179(e) of your state "Lemon Law", no claim shall be made under this section unless at least one attempt to repair a nonconformity has been made by Kia, its agent or authorized dealer; or unless Kia, its agent or an authorized dealer has refused to attempt to repair such nonconformity.

The Connecticut Department of Consumer Protection provides an independent arbitration procedure for the settlement of warranty disputes between consumers and manufacturers. Information regarding the independent arbitration procedure may be obtained from the Connecticut Department of Consumer Protection, Motor Vehicle Dispute Settlement Program, 165 Capitol Avenue, Hartford, CT 06106 or by calling the Connecticut Department of Consumer Protection at 1-800-538-CARS.

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus. For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number below.

Should you have any concerns or questions regarding your Kia after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

## Connecticut Consumer Notice



# Delaware Consumer Notice



## NOTICE TO CONSUMERS STATE OF DELAWARE

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or a repurchase of the vehicle.

Certain presumptions contained within your state "Lemon Law" shall not apply against Kia unless Kia has received prior direct written notification from or on behalf of the consumer and has had an opportunity to repair or correct the nonconformity in accordance with the specific terms and conditions set forth in the "Lemon Law."

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a complain resolution service administered by the Council of Better Business Bureaus. If you choose to seek remedies under the Magnuson-Moss Warranty Act, you are required to use the BBB AUTO LINE offered by Kia prior to initiating court action.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state "Lemon Law," you must first:

1)  Notify Kia at the address below, by certified mail, of the problem with your vehicle, and

2)  Provide Kia with an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS DISTRICT OF COLUMBIA

In order to seek the refund or replacement remedy provided by District of Columbia law, the consumer shall **first submit a claim to the Board of Consumer Claims Arbitration** established pursuant to § 50-503. If the Board rejects the case for arbitration, or if the claim is arbitrated and the consumer rejects the arbitration decision, the consumer may then bring an action in court to seek the remedies provided by the Lemon Law.

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus. For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number below:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



**District of Columbia Consumer Notice**


**NOTICE TO CONSUMERS DISTRICT OF COLUMBIA**

## NOTICE TO PURCHASER

IF, AFTER A REASONABLE NUMBER OF ATTEMPTS, THE MANUFACTURER, ITS AGENT, OR AUTHORIZED DEALER IS UNABLE TO REPAIR OR CORRECT ANY NONCONFORMITY, DEFECT OR CONDITION WHICH RESULTS IN SIGNIFICANT IMPAIRMENT OF THE MOTOR VEHICLE, THE MANUFACTURER, AT THE OPTION OF THE CONSUMER, SHALL REPLACE THE MOTOR VEHICLE WITH A COMPARABLE MOTOR VEHICLE, OR ACCEPT RETURN OF THE MOTOR VEHICLE FROM THE CONSUMER AND REFUND THE CONSUMER THE FULL PURCHASE PRICE, INCLUDING ALL SALES TAX, LICENSE FEES, REGISTRATION FEES, AND ANY SIMILAR GOVERNMENT CHARGES. IF YOU HAVE ANY QUESTIONS CONCERNING YOUR RIGHTS, YOU MAY CONTACT THE DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS.

Signature of Purchaser

\* "Consumer shall be provided a copy of this signed notice for his or her own records."

# NOTICE TO CONSUMERS STATE OF FLORIDA

If the new motor vehicle you have purchased or leased does not conform to the manufacturer's express warranty, you may be entitled to a replacement or refund under the Florida Motor Vehicle Warranty Enforcement Act.

To exercise your rights, you first must notify the manufacturer in writing, after three attempts have been made to repair the same nonconformity, of the need to repair the defect or condition in order to allow Kia a final attempt to cure the nonconformity. This notice must be sent by registered or express mail to Kia at the address listed below. The Motor Vehicles Defect Notification form is provided to you in the pamphlet "Consumer Guide to the Florida Lemon law" found in the glove compartment of your vehicle.

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus. To initiate arbitration, you must contact BBB AUTO LINE through their 800# provided on Page 42 of this book. Should you seek a repurchase or replacement under your state "Lemon Law", you must use BBB AUTO LINE, prior to initiating court action. However, if you choose to seek other remedies under any other law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



## Florida Consumer Notice

# Georgia Consumer Notice



## NOTICE TO CONSUMERS STATE OF GEORGIA

If a situation with your vehicle arises that your Kia dealer and Kia have not addressed to your satisfaction, Kia offers a warranty and "Lemon Law" dispute resolution program called BBB AUTO LINE.

Should you seek a repurchase or replacement under the Georgia "Lemon Law", you can use BBB AUTO LINE prior to requesting arbitration with the Georgia Governor's Office of Consumer Affairs or initiating court action. You are not required to use the BBB AUTO LINE prior to requesting arbitration with the Georgia Governor's Office of Consumer Affairs.

If you choose to use the BBB AUTO LINE, you must file a claim under the Georgia "Lemon Law" with BBB AUTO LINE no later than one year after expiration of the lemon law rights period (the period ending two years after the date of the new motor vehicle's original delivery to the original consumer or the first 24,000 miles of operation after the date of the new motor vehicle's original delivery to the original consumer, whichever occurs first).

If you wish to participate in mediation, BBB AUTO LINE staff will work with the parties to discuss possible solutions. If you wish to bypass mediation, or if mediation is not successful, you will have the opportunity to present your case personally before an impartial arbitrator, either in a telephone or in-person hearing or through written submissions. The arbitrator will issue a decision within 40 days after you file your claim, and the decision will be binding on Kia if you accept it.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state "Lemon Law" based on a serious safety defect that was subject to repair one time during the lemon law rights period and not corrected, or based on any other single defect that was subject to repair three times during the lemon law rights period and was not corrected, you must first:

1)  Notify Kia at the address below, by certified mail, return receipt requested or statutory overnight delivery, of the problem with your vehicle, and

2)  Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF HAWAII

If this vehicle does not conform to its applicable warranties, and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. Written notification to Kia of the motor vehicle nonconformity at the address indicated below is required in order to become eligible for a replacement or repurchase of the vehicle.

Kia offers its consumer third party arbitration through BBB AUTO LINE, a dispute resolution process administered by the Council of Better Business Bureaus. For further information regarding arbitration through BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

You may also be entitled to arbitration under a program certified and administered by your state. For further information about your state's arbitration program, contact the Hawaii Department of Commerce and Consumer Affairs or Kia at the address or toll-free number indicated below.

Consumer Assistance Center
Kia Motors America, Inc.
P.O.Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



## Hawaii Consumer Notice



## NOTICE TO CONSUMERS STATE OF IDAHO

IMPORTANT : IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER THE STATE'S **LEMON LAW** TO REPLACEMENT OF IT OR A REFUND OF ITS PURCHASE PRICE OR YOUR LEASE PAYMENTS.

HOWEVER, TO BE ENTITLED TO A REFUND OR REPLACEMENT, YOU MUST FIRST NOTIFY THE MANUFACTURER, ITS AGENT, OR ITS AUTHORIZED DEALER OF THE PROBLEM IN WRITING AND GIVE THEM AN OPPORTUNITY TO REPAIR THE VEHICLE.

YOU ALSO HAVE A RIGHT TO SUBMIT YOUR CASE TO THE CONSUMER ARBITRATION PROGRAM WHICH THE MANUFACTURER MUST OFFER IN THIS STATE.

Should you seek a replacement or repurchase undue the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF ILLINOIS

If after a reasonable number of repair attempts, the new motor vehicle you purchased does not conform to Kia's express warranty, under the Illinois New Vehicle Buyer Protection Act you may be entitled to a new (or comparable) replacement vehicle or, upon return of the car, to a refund of the full purchase price including all collateral charges, less an allowance for your actual use. It is presumed that a reasonable number of repair attempts have been made if, during one (1) year following delivery or 12,000 miles of use, whichever occurs first, there have been four or more unsuccessful attempts to repair the same nonconformity, or the vehicle has been out of service for repair of nonconformities for a total of thirty (30) or more business days.

In order to exercise these legal rights, you must first:

1)  Notify Kia at the address below, by mail, of the problem with your vehicle,

2)  Provide Kia with an opportunity to repair your vehicle, and

3)  use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE, is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you are dissatisfied with the decision reached in the informal dispute settlement procedure or the results of such a decision, you may bring a civil action to enforce your right under the New Vehicle Buyer Protection Act.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



## Illinois Consumer Notice

# Indiana Consumer Notice



## NOTICE TO CONSUMERS STATE OF INDIANA

IMPORTANT : If this vehicle is defective, you may be entitled under state law to a replacement or refund.

NOTICE

INDIANA LAW REQUIRES YOU TO USE A CERTIFIED ARBITRATION PROGRAM BEFORE SUING THE MANUFACTURER OVER NEW CAR WARRANTY DISPUTES.

FAILURE TO ARBITRATE YOUR CLAIM MAY PRECLUDE YOU FROM MAINTAINING A LAWSUIT UNDER IC 24-5-13-19.

Should you seek a replacement or refund under the Indiana Lemon Law, you must use the BBB AUTOLINE prior to initiating court action.

BBB AUTOLINE is a third-party complaint resolution service administrated by the Coucil of Better Business Bureaus. For additional information about the BBB AUTOLINE, review Pages 41-43 on this book or contact Kia at the address or toll-free number indicated below;

Consumer Assistance Center
Kia Motors America,Inc.
P.O. Box 52410
Irvine,CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF IOWA

"THE PURCHASER OR LESSEE OF THIS VEHICLE IS PROTECTED UNDER THE WARRANTY PROVISIONS OF 1991 IOWA ACTS HOUSE FILE, 566, COMMONLY REFERRED TO AS THE "LEMON LAW". IF THIS VEHICLE FAILS TO CONFORM TO THE MANUFACTURER'S EXPRESS WARRANTY DURING THE TERM OF THE WARRANTY, THE FIRST TWO YEARS OF OWNERSHIP OR THE FIRST 24,000 MILES, WHICHEVER EXPIRES FIRST, AND THE NONCONFORMITY SUBSTANTIALLY IMPAIRS THE VEHICLE, YOU MAY QUALIFY FOR A REFUND OR REPLACEMENT OF THIS VEHICLE. CONTACT THE MANUFACTURER OF THE VEHICLE IF YOU BELIEVE THE VEHICLE FAILS TO CONFORM TO THE MANUFACTURER'S EXPRESS WARRANTY. FOR FURTHER INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS UNDER LEMON LAW, CONTACT THE CONSUMER PROTECTION DIVISION OF THE IOWA ATTORNEY GENERAL'S OFFICE AT: CONSUMER PROTECTION DIVISION, HOOVER STATE OFFICE BUILDING, DES MOINES, IOWA 50319 OR CALL (515) 281-5926."

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus. Should you seek a repurchase or replacement under your state "Lemon Law", you must use BBB AUTO LINE prior to initiating any court action. For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll free number indicated on page 66.

In addition, in order to seek remedies under your state "Lemon Law" you must first:

1) Notify Kia at the address below, by certified mail or registered mail or overnight service of the problem with your vehicle, and

2) Provide Kia and opportunity to repair your vehicle



# Iowa Consumer Notice



For the purposes of notifying Kia, or should you have any concerns or questions regarding your Kia after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF KANSAS

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. Should you seek a replacement or repurchase under the "Lemon Law", you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus.

However, if you choose to seek other remedies that are not under your state "Lemon Law", you need not use BBB AUTO LINE.

For additional information about BBB AUTO LINE, review Pages 41–43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state "Lemon Law", you must first notify Kia at the address below, by written notice, of the problem with your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



## Kansas Consumer Notice

# Kentucky Consumer Notice



## NOTICE TO CONSUMERS STATE OF KENTUCKY

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus.

However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first notify Kia at the address below, by mail, of the problem with your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF LOUISIANA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll free number indicated below.

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

## Louisiana Consumer Notice

# Maine Consumer Notice



## NOTICE TO CONSUMERS STATE OF MAINE

**LEMON LAW INFORMATION: IF YOU HAVE SERIOUS PROBLEMS WITH THIS VEHICLE.** The Maine "Lemon Law" (10 M.R.S.A. Sec's. 1161-1169) provides free Attorney General arbitration for consumer buyers or lessees whose motor vehicle (including motorcycles and motorized RV's) is seriously defective.

**UNDER THE MAINE LEMON LAW, YOU MAY HAVE A RIGHT TO A REFUND OR REPLACEMENT OF THE VEHICLE IF THE FOLLOWING APPLIES:**

1) There is an unrepaired defect or combination of defects which substantially impairs the use, safety, or value of the vehicle, AND

2) This unrepaired defect was reported to the dealer or manufacturer:

   A. during the manufacturer's express warranty; and

   B. within the 3 year period following the delivery date of the vehicle to the original purchaser or lessee; and

   C. during the first 18,000 miles of operation; and

3) This defect still exists or has recurred after:

   A. 3 or more repair attempts for the same defect; or

   B. 1 or more repair attempt for the serious failure of either the braking or steering system; or

   C. Being out of service for a cumulative total of 15 or more business days (for one or more defects); and

   D. The manufacturer had been given in writing a 7 day Final Opportunity To Repair.

**FOR THIS VEHICLE YOU SHOULD NOTIFY THE MANUFACTURER OR ITS AUTHORIZED DEALER OF THE DEFECTS AND THE RIGHT TO MAKE A FINAL REPAIR. Mail to:**

Consumer Assistance Center

Kia Motors America, Inc.

P. O. Box 52410

Irvine CA 92619-2410

1-800-33-4KIA (4542)

The Attorney General state-run arbitration is different from any manufacturer-sponsored program to which you may also be entitled. Under the state Lemon Law program, you will receive a free hearing before a neutral state Arbitrator and a decision within 45 days of acceptance of your Lemon Law application. If your vehicle is declared a Lemon, the manufacturer must refund your purchase price or replace the vehicle.

You must apply for state-run arbitration within 3 years after delivery to the original consumer and within the term of the manufacturer's warranty.

**THIS SHEET PROVIDES ONLY A SUMMARY OF THE MAINE LEMON LAW**

To request arbitration or to get further information, contact:

The Attorney General's Lemon Law Arbitration Program
Consumer & Antitrust Division
6 State House Station
Augusta, ME 04333
(207) 626-8848 or (800) 436-2131(Option 3)

Should you seek a replacement or repurchase of your vehicle under the Maine Lemon Law, you must first resort to BBB AUTO LINE or arbitration through the state-run program prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under the Maine Lemon Law, you need not use BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# Maine Consumer Notice



# Maryland Consumer Notice



## NOTICE TO CONSUMERS STATE OF MARYLAND

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

In order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by certified mail, return receipt requested, of the problem with your vehicle, as required by law; and

2) Provide Kia an opportunity to cure the nonconformity, defect or condition.

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus. For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Should you have any concerns or questions regarding your Kia after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF MASSACHUSETTS

## MASSACHUSETTS "LEMON LAW" INFORMATION:

### IF YOU HAVE SERIOUS PROBLEMS WITH THIS VEHICLE

The Massachusetts "Lemon Law," MGI c. 90, s. 7N 1/2 provides protection for consumers who have serious problems with their new vehicle.

**UNDER THE LEMON LAW, YOU HAVE A RIGHT TO A REFUND OR REPLACEMENT OF THE VEHICLE IF:**

A) there is a substantial defect(s), **AND**

B) the defect(s) still exists or has recurred after either:

1. three or more repair attempts for the same defect, or

2. being out of service by reason of repair for any combination of defects for a cumulative total of 15 or more business days, within one year of 15,000 miles (whichever comes first) after original delivery, **AND**

C) the manufacturer has been notified of the defect(s) and given one final repair attempt of no more than seven business days.

**IF THE MANUFACTURER DOES NOT REFUND OR REPLACE THE VEHICLE, YOU HAVE A RIGHT TO HAVE YOUR CASE ARBITRATED BY A STATE-CERTIFIED ARBITRATOR.**

This state-certified arbitration is different from any manufacturer-sponsored program to which you may also be entitled.

Under the state program, you will be sent a decision within 45 days of when your request for arbitration is accepted.

Under the law, you must request state-certified arbitration within 18 months of original delivery of the vehicle.

**THIS SHEET PROVIDES ONLY A SUMMARY OF YOUR RIGHTS.**

# Massachusetts Consumer Notice



To request arbitration or to get information, contact:

Office of Consumer Affairs and Business Regulation
One Ashburton Place
Boston, MA 02108
Lemon Law Information: (617) 727-7780, 1-888-283-3757

Kia offers its consumers arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus. For additional information about BBB AUTO LINE, review Pages 41-43 of book or contact Kia at the address or toll-free number indicated below.

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF MICHIGAN

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. Should you seek a replacement or repurchase under the "Lemon Law", you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus.

However, if you choose to seek other remedies that are not under your state "Lemon Law", you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state "Lemon Law", you must first:

1) Notify Kia at the address below, by certified mail, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



## Michigan Consumer Notice

# Minnesota Consumer Notice



## NOTICE TO CONSUMERS STATE OF MINNESOTA

**"IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER THE STATE'S "LEMON LAW" TO REPLACEMENT OF IT OR A REFUND OF ITS PURCHASE PRICE OR YOUR LEASE PAYMENTS. HOWEVER, TO BE ENTITLED TO REFUND OR REPLACEMENT, YOU MUST FIRST NOTIFY THE MANUFACTURER, ITS AGENT, OR ITS AUTHORIZED DEALER OF THE PROBLEM IN WRITING AND GIVE THEM AN OPPORTUNITY TO REPAIR THE VEHICLE. YOU ALSO HAVE A RIGHT TO SUBMIT YOUR CASE TO THE CONSUMER ARBITRATION PROGRAM, WHICH THE MANUFACTURER MUST OFFER IN MINNESOTA."**

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus. Should you seek a replacement or repurchase under your state "Lemon Law", you must use BBB AUTO LINE prior to initiating court action.

However, if you choose to seek other remedies that are not under your state "Lemon Law", you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state "Lemon Law", you must first:

1) Notify Kia at the address below, by certified mail, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF MISSISSIPPI

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus.

However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1)   Notify Kia at the address below, by certified mail, of the problem with your vehicle, and

2)   Provide Kia an opportunity to repair it.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



# Missouri Consumer Notice



## NOTICE TO CONSUMERS STATE OF MISSOURI

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus.

However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by written notice, of the problem with your vehicle, and:

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF MONTANA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek repurchase or replacement under your state Lemon Law, you must first notify Kia in writing, at the address below, of the problem with your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



# Nebraska Consumer Notice



## NOTICE TO CONSUMERS STATE OF NEBRASKA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must :

1) Notify Kia at the address below, by certified mail, of the problem with your vehicle, and:

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF NEVADA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of your vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

81





## NOTICE TO CONSUMERS
## STATE OF NEW HAMPSHIRE MOTOR VEHICLE ARBITRATION BOARD

The New Hampshire New Motor Vehicle Arbitration Law, RSA 357-D, applies to new motor vehicles sold or leased (for two or more years) in the State of New Hampshire. A new motor vehicle is defined as a passenger vehicle, motorcycle, or truck with a gross vehicle weight not exceeding 11,000 pounds.

If, during the express warranty period, you discover a defect which substantially impairs the use, market value, or safety or this vehicle, and it has not been successfully repaired after three repair attempts by the manufacturer, its agent, or an authorized dealer, or it has been out of service by reason of repair of one or more nonconformities, defects, or conditions for a cumulative total of thirty business days, you may be entitled to apply for a comparable replacement or a refund of purchase price plus incidental damages less a reasonable allowance for use.

In order for a repair attempt to qualify, you must obtain a written repair order. Neither the manufacturer nor any agent of the manufacturer (including the dealership service) may refuse to provide you with a written repair order at your request.

The vehicle is deemed to be out of service if it is in for repair for a majority of the day.

You cannot use the New Motor Vehicle Arbitration Law if you elect to use the manufacturer's dispute settlement mechanism.

You may not use the New Motor Vehicle Arbitration Law if you have stopped making payments on any lease or financing agreement because of the vehicle's condition.

The New Hampshire Motor Vehicle Arbitration Program includes other eligibility requirements which you must meet to qualify.



Forms for electing to proceed before the New Hampshire Motor Vehicle Arbitration Board should be included with your new vehicle on delivery.

For information as to your rights under the New Motor Vehicle Arbitration Law or for additional forms, contact the **New Motor Vehicle Arbitration Board, 23 Hazen Drive, Concord, NH 03305, telephone (603) 227-4385, email at lemonlaw@nh.gov,** or your dealer.

Kia offers its consumers third-party arbitration through BBB AUTOLINE a complaint resolution service administered by the Council of Better Business Bureaus.

For additional information about BBB AUTOLINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# New Jersey Consumer Notice



## NOTICE TO CONSUMERS STATE OF NEW JERSEY

**IMPORTANT: IF THIS VEHICLE HAS A DEFECT THAT SUBSTANTIALLY IMPAIRS ITS USE, VALUE OR SAFETY OR THAT IS LIKELY TO CAUSE DEATH OR SERIOUS BODILY INJURY IF DRIVEN, AND WAS PURCHASED, LEASED OR REGISTERED IN NEW JERSEY, YOU MAY BE ENTITLED UNDER NEW JERSEY'S LEMON LAW TO A REFUND OF THE PURCHASE PRICE OR YOUR LEASE PAYMENTS.**

Here is a summary of your rights:

1. To qualify for relief under the New Jersey Lemon Law, you must give the manufacturer or its dealer the opportunity to repair or correct the defect in the vehicle within the Lemon Law's term of protection, which is the first 24,000 miles of operation or two years after the vehicle's original date of delivery, whichever is earlier.

2. If the manufacturer or its dealer is unable to repair or correct a defect within a reasonable time, you may be entitled to return the vehicle and receive a full refund, minus a reasonable allowance for vehicle use.

3. It is presumed that the manufacturer or its dealer is unable to repair or correct the defect if substantially the same defect continues to exist after the manufacturer has received written notice of the defect by certified mail, return receipt requested, and has had a final opportunity to correct the defect or condition within 10 calendar days after receipt of the notice. This notice must be received by the manufacturer within the term of protection and may be given only after (i) the manufacturer or its dealer has had two or more attempts to correct the defect; (ii) the manufacturer or its dealer has had at least one attempt to correct the defect if the defect is one that is likely to cause death or serious bodily injury if the vehicle is driven; or (iii) the vehicle has been out of service for repair for a cumulative total of 20 or more calendar days, or in the case of a motor home, 45 or more days.

4. If substantially the same defect continues to exist after the manufacturer has had the final opportunity to repair or correct the defect, you may file an application for relief under New Jersey's Lemon Law.

FOR COMPLETE INFORMATION REGARDING YOUR RIGHTS AND REMEDIES UNDER THE RELEVANT LAW, INCLUDING THE MANUFACTURER'S ADDRESS TO GIVE NOTICE OF THE DEFECT, CONTACT THE NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CONSUMER AFFAIRS, LEMON LAW UNIT, AT POST OFFICE BOX 45026, NEWARK, NEW JERSEY 07101, TEL. NO. (973) 504-6226.

**IMPORTANTE: SI ESTE VEHICULO TIENE UN DEFECTO QUE SUBSTANCIALMENTE AFECTA SU USO, VALOR O SEGURIDAD, O QUE PUEDE CAUSAR MUERTE O SERIO DAÑO CORPORAL SI SE MANEJA, Y FUE COMPRADO, ARRENDADO O REGISTRADO EN NUEVA JERSEY, USTED PUEDE TENER EL DERECHO BAJO LA LEY DE LIMON DEL ESTADO DE NUEVA JERSEY A UN REEMBOLSO DEL PRECIO DE COMPRA O A LOS PAGOS DE SU ARRENDAMIENTO.**

Aqui le damos un sumario de sus derechos:

1. Para calificar por compensacion bajo la Ley de Limon de Nueva Jersey, usted debe darle al fabricante o a su concesionario la oportunidad de reparar o corregir el defecto del vehiculo dentro del termino de proteccion bajo la Ley de Limon, que son las 24,000 millas primeras de operacion o dos anos despues de la fecha original de la entrega del vehiculo o lo que suceda primero.

2. Si el fabricante o su concesionario no puede arreglar o corregir el defecto dentro de un tiempo razonable, usted puede tener el derecho de devolver el vehiculo y recibir un reembolso completo, menos un descuento por el uso del vehiculo.

3. Si se supone que el fabricante o su concesionario no puede reparar o corregir el defecto y si substancialmente el mismo defecto continua existiendo despues que el fabricante ha recibido un aviso del defecto, mandado por correo certificado con recibo de retorno, y ha tenido una oportunidad final para corregir el defecto o condicion dentro de los 10 dias naturales despues de recibir el aviso. Este aviso tiene que ser recibido por el fabricante dentro del termino de proteccion y solo se puede dar despues que (i) el fabricante o su concesionario ha intentado por lo menos una vez de corregir el defecto; (ii) el fabricante o su concesionario ha intentado por lo menos dos o mas veces de corregir el defecto si el defecto es uno que puede causar la muerte o serio daño corporal si el vehiculo se maneja; o (iii) el vehiculo ha estado fuera de servicio por reparos por una acumulacion total de 20 dias naturales o mas, o en el caso de una casa rodante motorizada (motorhome) de 45 dias o mas.

4. Si substancialmente el mismo defecto continua existiendo despues que el fabricante ha tenido la ultima oportunidad de reparar o corregir el defecto, usted puede presentar una solicitud para compensacion bajo la Ley de Limon de Nueva Jersey.

PARA INFORMACION COMPLETA ACERCA DE SUS DERECHOS Y RECURSOS BAJO ESTA LEY, INCLUYENDO LA DIRECCION DEL FABRICANTE PARA NOTIFICARLE EL DEFECTO, PONGASE EN CONTACTO CON: NEW JERSEY DEPARTAMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CONSUMER AFFAIRS, LEMON LAW UNIT, POST OFFICE BOX 45026, NEWARK, NEW JERSEY 07101, NUMERO DE TELEFONO: 973-504-6226



**New Jersey Consumer Notice**

# New Jersey Consumer Notice



## NOTICE TO CONSUMERS STATE OF NEW JERSEY

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by certified mail, return receipt requested, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF NEW MEXICO

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of your vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek enforcement of rights and remedies under the New Mexico Motor Vehicle Quality Assurance Act, you must first:

1) Notify Kia at the address below, in writing, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# New York Consumer Notice



## NOTICE TO CONSUMERS STATE OF NEW YORK
## NEW CAR LEMON LAW BILL OF RIGHTS

(1) IN ADDITION TO ANY WARRANTIES OFFERED BY THE MANUFACTURER, YOUR NEW CAR, IF PURCHASED AND REGISTERED IN NEW YORK STATE, IS WARRANTED AGAINST ALL MATERIAL DEFECTS FOR EIGHTEEN THOUSAND MILES OR TWO YEARS, WHICHEVER COMES FIRST.

(2) YOU MUST REPORT ANY PROBLEMS TO THE MANUFACTURER, ITS AGENT, OR AUTHORIZED DEALER.

(3) UPON NOTIFICATION, THE PROBLEM MUST BE CORRECTED FREE OF CHARGE.

(4) IF THE SAME PROBLEM CANNOT BE REPAIRED AFTER FOUR OR MORE ATTEMPTS; OR IF YOUR CAR IS OUT OF SERVICE TO REPAIR A PROBLEM FOR A TOTAL OF THIRTY DAYS DURING THE WARRANTY PERIOD; OR IF THE MANUFACTURER OR ITS AGENT REFUSES TO REPAIR A SUBSTANTIAL DEFECT OR CONDITION WITHIN TWENTY DAYS OF RECEIPT OF NOTICE SENT BY YOU TO THE MANUFACTURER BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED; THEN YOU MAY BE ENTITLED TO EITHER A COMPARABLE CAR OR A REFUND OF YOUR PURCHASE PRICE, PLUS LICENSE AND REGISTRATION FEES, MINUS A MILEAGE ALLOWANCE ONLY IF THE VEHICLE HAS BEEN DRIVEN MORE THAN 12,000 MILES.

(5) A MANUFACTURER MAY DENY LIABILITY IF THE PROBLEM IS CAUSED BY ABUSE, NEGLECT, OR UNAUTHORIZED MODIFICATIONS OF THE CAR.

(6) A MANUFACTURER MAY REFUSE TO EXCHANGE A COMPARABLE CAR OR REFUND YOUR PURCHASE PRICE IF THE PROBLEM DOES NOT SUBSTANTIALLY IMPAIR THE VALUE OF YOUR CAR.

(7) IF A MANUFACTURER HAS ESTABLISHED AN ARBITRATION PROCEDURE, THE MANUFACTURER MAY REFUSE TO EXCHANGE A COMPARABLE CAR OR REFUND YOUR PURCHASE PRICE UNTIL YOU FIRST RESORT TO THE PROCEDURE.

(8) IF THE MANUFACTURER DOES NOT HAVE AN ARBITRATION PROCEDURE, YOU MAY RESORT TO ANY REMEDY BY LAW AND MAY BE ENTITLED TO YOUR ATTORNEY'S FEES IF YOU PREVAIL.

(9) NO CONTRACT OR AGREEMENT CAN VOID ANY OF THESE RIGHTS.


**(10) AS AN ALTERNATIVE TO THE ARBITRATION PROCEDURE MADE AVAILABLE THROUGH THE MANUFACTURER, YOU MAY INSTEAD CHOOSE TO SUBMIT YOUR CLAIM TO AN INDEPENDENT ARBITRATOR, APPROVED BY THE ATTORNEY GENERAL. YOU MAY HAVE TO PAY A FEE FOR SUCH AN ARBITRATION. CONTACT YOUR LOCAL CONSUMER AFFAIRS OFFICE OR ATTORNEY GENERAL'S OFFICE TO FIND OUT HOW TO ARRANGE FOR INDEPENDENT ARBITRATION.**

Should you seek a replacement or repurchase under the Lemon Law, you must use either BBB AUTO LINE or your state arbitration board prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# North Carolina Consumer Notice



## NOTICE TO CONSUMERS STATE OF NORTH CAROLINA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by certified mail, of the problem with your vehicle at least 10 days before filing suit, and

2) Provide Kia an opportunity to repair it.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF NORTH DAKOTA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of your vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state's Lemon Law, you must first:

1) Notify Kia at the address below, by certified mail, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



**North Dakoda Consumer Notice**

# Ohio Consumer Notice



## NOTICE TO CONSUMERS STATE OF OHIO

**IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER STATE LAW TO A REPLACEMENT OR TO COMPENSATION.**

**OHIO LAW REQUIRES YOU TO USE A QUALIFIED ARBITRATION PROGRAM BEFORE SUING THE MANUFACTURER OVER NEW CAR WARRANTY DISPUTES. FAILURE TO ARBITRATE YOUR CLAIM MAY PRECLUDE YOU FROM MAINTAINING A LAWSUIT UNDER SECTION 1345.75 OF THE REVISED CODE.**

### NOTICE

Should you seek a replacement or repurchase under Ohio Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party complaint resolution service administered by the Council of Better Business Bureaus. For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below. If you seek remedies other than undue your state "Lemon Law", you may not need to use BBB AUTO LINE prior to initiating court action.

If the arbitrator's decision is not satisfactory to you, you may pursue a refund or replacement through the Ohio court system. The arbitrator's decision is binding on Kia and is to be rendered within 40 days from the date BBB AUTO LINE first receives notification of the dispute.

For purposes of contacting Kia or should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF OKLAHOMA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll- free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, in writing, of the problem with your vehicle (a request by you to use BBB AUTO LINE to resolve your concerns would qualify as proper notification), and

2) Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



## Oklahoma Consumer Notice

# Oregon Consumer Notice



## NOTICE TO CONSUMERS STATE OF OREGON

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll- free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by certified mail, of the problem with your vehicle (a request by you to use BBB AUTO LINE to resolve your concerns would qualify as proper notification), and

2) Provide Kia an opportunity to repair it.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF PENNSYLVANIA

If the new motor vehicle you have purchased does not conform to the manufacturer's express warranty, the Pennsylvania Automobile Lemon Law provides that the manufacturer may have to replace it or pay you a refund, at your option.

If you discover a defect that substantially impairs the use, value, or safety of this vehicle, contact the manufacturer or its authorized service and repair facility immediately.

Your Lemon Law rights only cover defects which occur within one year after delivery, 12,000 miles of use, or the term of the express warranty, whichever comes first.

The law states that it is reasonable for the dealer, manufacturer, or its agent to make up to three separate attempts to correct the same defect.

After three unsuccessful repair attempts, or after a total of thirty calendar days in which the vehicle is out of service for repair, you may be entitled to a comparable replacement vehicle or a refund of the purchase price less an allowance for your actual use.

The manufacturer or dealer must provide you with an itemized statement of all repair work performed when your vehicle is returned from service. Keep those records for future reference.

For more information, contact the Office of Attorney General, Bureau of Consumer Protection, Strawberry Square, 14th Floor, Harrisburg PA 17120, 1-800-441-2555

95



**Pennsylvania Consumer Notice**

# Pennsylvania Consumer Notice



If a dispute arises concerning a defect, you must resort to BBB AUTO LINE, a third-party complaint resolution service offered by Kia and administered by the Council of Better Business Bureaus. However, if you choose to seek remedies that are not created by the Pennsylvania Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF RHODE ISLAND

**IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER RHODE ISLAND LAW TO A REFUND OF THE PURCHASE PRICE OR YOUR LEASE PAYMENTS. FOR COMPLETE INFORMATION REGARDING YOUR RIGHTS AND REMEDIES, CONTACT THE RHODE ISLAND MOTOR VEHICLE ARBITRATION BOARD AT (401) 274-4400.**

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. You must use either BBB AUTO LINE or the arbitration procedure established by Rhode Island's Consumer Council prior to initiating court action if you seek a replacement or repurchase of your vehicle. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek remedies that are not created by your state Lemon Law, you need not use BBB AUTO LINE or the procedure established by the Rhode Island Consumer Council, although the option of using BBB AUTO LINE is still available to you.

In addition, in order to seek remedies under your state Lemon Law, you must provide Kia with one additional repair attempt.

For additional information about BBB AUTO LINE, review Pages 41–43 of this book or contact Kia at the address or toll-free number indicated below:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



# South Carolina Consumer Notice



## NOTICE TO CONSUMERS STATE OF SOUTH CAROLINA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the "Lemon Law", you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state "Lemon Law", you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state "Lemon Law", you must first:

1)  Notify Kia at the address below, by certified, registered or express mail, of the problem with your vehicle, and

2)  Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF SOUTH DAKOTA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1)  Notify Kia at the address below, by certified mail, of the problem with your vehicle, and

2)  Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



**South Dakota Consumer Notice**

# Tennessee Consumer Notice



## NOTICE TO CONSUMERS STATE OF TENNESSEE

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third-party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by certified mail, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair it.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF TEXAS

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, and the non-conformity creates a serious safety hazard or substantially impairs the use or market value of the vehicle, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle. Should you seek a replacement or repurchase under your state Lemon Law, you must resort to the Texas Motor Vehicle Commission's resolution process prior to initiating court action.

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a dispute resolution service administered by the Council of Better Business Bureaus (BBB), to equitably resolve your concerns. This service is offered at no cost to you. BBB AUTO LINE decision is binding on Kia, but not on you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by certified mail, of the problem with your vehicle and,

2) Provide Kia an opportunity to repair it.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



**Texas Consumer Notice**

# Utah Consumer Notice



## NOTICE TO CONSUMERS STATE OF UTAH

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must file claims with the Division of Consumer Protection and BBB AUTO LINE prior to initiating court action. Information for the Division of Consumer Protection can be located through your state's Department of Commerce. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF VERMONT

The Vermont Lemon Law applies to new motor vehicles sold or leased (for two or more years) or registered in the State of Vermont. A new motor vehicle is defined a passenger vehicle or truck, with a gross vehicle weight of 12,000 pounds or less, still under the manufacturer's express warranty. 9 V.S.A Sections 4171 (6) and (9).

You may be entitled to apply for a comparable replacement vehicle or prorated refund if you discover a defect during the express warranty period that has not been successfully repaired after three repair attempts by an authorized dealer. The first repair must occur within the express warranty.

An alternative way of filing is if this vehicle has been out of service for repair for a cumulative total of thirty (30) calendar days within the express warranty. The vehicle is considered to be out of service if it is in control of an authorized dealer for the majority of each day.

A consumer may file a Demand with fewer than three unsuccessful repair attempts or fewer than thirty days out of service for a safety or other reason which meets the reasonable repair threshold.

Written repair orders or examination reports must be obtained to attain the presumption of reasonable repair.

You will explain at the hearing how the defect(s) or condition(s) substantially impairs any combination of the use, market value or safety of the vehicle as of the date of signing the Demand for Arbitration.

The Lemon Law may not be used if you elect to file a claim with the manufacturer's dispute settlement mechanism or if you have discontinued vehicle payments.

The New Motor Vehicle Arbitration program includes other eligibility criteria.

Vermont Consumer Notice



# Vermont Consumer Notice



Forms to initiate the New Motor Vehicle Arbitration process should be included with your new vehicle upon delivery. They may also be obtained via LemonLaw.vermont.gov or by contacting:

**New Motor Vehicle Arbitration, 14 Baldwin Street, Montpelier, VT 05602**
**Telephone : 802-828-2943, Fax : 802-828-5809, E-mail: LemonLaw@state.vt.us**
**Telecommunications Relay Service, TTY/TDD:1-800-253-0191**
**http://dmv.vermont.gov/safety/laws/lemonlaw**

Kia offers its consumer third-party arbitration through BBB AUTOLINE a complaint resolution service administered by the Council of Better Business Bureaus.

For additional information about BBB AUTOLINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.You may also wish to contact Kia directly at the following address :

Consumer Assistance Center Kia Motors America, Inc.

P. O. Box 52410

Irvine CA 92619-2410

1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF VIRGINIA

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle and/or relief.

It shall be the responsibility of the consumer, or the consumer's representative, prior to availing himself or herself of the provisions of the "Lemon Law," to notify Kia of the need for the correction or repair of the nonconformity, unless Kia has been notified as defined in §59.1-207.11 of the "Lemon Law." If the manufacturer or factory representative has not been notified of the conditions set forth in subsection B of §59.1-207.13 of the "Lemon Law," and any of the conditions set forth in subsection B of §59.1-207.13 of the "Lemon Law" already exists, Kia shall be given an additional opportunity, not to exceed fifteen days, to correct or repair the nonconformity.

Kia offers its consumers third-party arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus. Although you are not required to use BBB AUTO LINE in order to maintain a claim under your state "Lemon Law", if you choose to seek remedies under the Magnuson-Moss Warranty Act, you are required to use BBB AUTO LINE offered by Kia prior to initiating court action. For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state "Lemon Law", you must first:

1)  Notify Kia at the address below, by certified mail, of the problem with your vehicle, and

2)  Provide Kia an opportunity to repair your vehicle.

Should you have any concerns or questions regarding your Kia after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



**Virginia Consumer Notice**

# Washington Consumer Notice



## NOTICE TO CONSUMERS STATE OF WASHINGTON

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use your state sponsored new motor vehicle arbitration board, or Kia's third-party arbitration through BBB AUTO LINE, a complaint resolution service administered by the Council of Better Business Bureaus, prior to initiating court action.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address of toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first notify Kia at the address below, in writing, of the problem with your vehicle and your request for either a refund or replacement of the vehicle.

Should you have any concerns or questions regarding your Kia after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF WEST VIRGINIA

**"IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER STATE LAW TO A REPLACEMENT OR TO COMPENSATION. HOWEVER, TO BE ENTITLED TO A REPLACEMENT OR TO COMPENSATION, YOU MUST FIRST NOTIFY THE MANUFACTURER OF THE PROBLEM IN WRITING AND PROVIDE THE MANUFACTURER AN OPPORTUNITY TO REPAIR THE VEHICLE."**

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provision of your state "Lemon Law" or other applicable laws to a replacement or compensation and/or other relief.

Should you seek replacement or repurchase under Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the council of Better Business Bureaus.

However, if you choose to seek other remedies that are not under your state Lemon law, you need not use BBB AUTO LINE, although that option is still available to you.

If you choose to seek remedies under the Magnuson-Moss Warranty Act, you are required to use the BBB AUTO LINE prior to initiating court action. For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by mail, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair it.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)

107



## West Virginia Consumer Notice

# Wisconsin Consumer Notice



## NOTICE TO CONSUMERS STATE OF WISCONSIN

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or refund under your state "Lemon Law," you must use the BBB AUTO LINE® prior to initiating court action. FAILURE TO ARBITRATE YOUR CLAIM MAY PRECLUDE YOU FROM MAINTAINING A LAWSUIT UNDER §218.0171. BBB AUTO LINE® is a third-party arbitration service administered by the Council of Better Business Bureaus. For additional information about the BBB AUTO LINE®, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

Your state "Lemon Law" requires that a nonconformity be reported to the manufacturer, the motor vehicle lessor or any of the manufacturer's authorized motor dealers on a form as prescribed in the "Lemon Law" and as prepared by the Department of Transportation.

For purposes of notifying Kia, or should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America,Inc.
P.O. Box 52410
Irvine,CA 92619-2410
1-800-333-4KIA(4542)

# NOTICE TO CONSUMERS STATE OF WYOMING

If this vehicle does not conform to its applicable warranties and Kia or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use BBB AUTO LINE prior to initiating court action. BBB AUTO LINE is a third party arbitration service administered by the Council of Better Business Bureaus. However, if you choose to seek other remedies that are not under your state Lemon Law, you need not use BBB AUTO LINE, although that option is still available to you.

For additional information about BBB AUTO LINE, review Pages 41-43 of this book or contact Kia at the address or toll-free number indicated below.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1) Notify Kia at the address below, by direct written notification, of the problem with your vehicle, and

2) Provide Kia an opportunity to repair it.

Should you have any concerns or questions regarding your Kia vehicle after you have contacted your local Kia Dealer, please contact Kia at:

Consumer Assistance Center
Kia Motors America, Inc.
P. O. Box 52410
Irvine CA 92619-2410
1-800-333-4KIA(4542)



## Wyoming Consumer Notice



**Notes**

**Notes**





**Notes**

**Printing : Febr 13, 2018**
**Publication No. : UM 170 PS 002**
**Printed in Korea**