UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THELMA YARBER,

        Plaintiff,

v.

KIA AMERICA, INC,

        Defendant.

Case No. 22-cv-03411-HSG

**ORDER DIRECTING PARTIES TO COMPLETE PRIVATE MEDIATION**

Re: Dkt. No. 45

The parties submitted a joint letter brief in which they state that they have been unable to agree to a form of ADR. *See* Dkt. No. 45 at 1. Plaintiff proposes private mediation and Defendant proposes an Early Neutral Evaluation prior to mediation. *See id.* at 2.

The Court agrees with Plaintiff and disagrees with Defendant, and **DIRECTS** the parties to complete private mediation within 120 days of this order.

**IT IS SO ORDERED.**

Dated: 6/2/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge