# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA YARBER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KIA AMERICA, INC,<br><br>　　　　　Defendant. | Case No. 22-cv-03411-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on May 2, 2023. Having considered the parties' proposals, *see* Dkt. No. 41, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 5, 2023 |
| Close of Fact Discovery | November 28, 2023 |
| Exchange of Opening Expert Reports | December 5, 2023 |
| Exchange of Rebuttal Expert Reports | December 19, 2023 |
| Close of Expert Discovery | January 2, 2024 |
| Dispositive Motion Hearing Deadline | February 22, 2024, at 2:00 p.m. |
| Pretrial Conference | May 14, 2024, at 3:00 p.m. |
| Jury Trial (7 days) | June 10, 2024, at 8:30 a.m. |

//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 6/21/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge