UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA YARBER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KIA AMERICA, INC,<br><br>　　　　　Defendant. | Case No. 22-cv-03411-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on December 12, 2023. Having considered the parties' proposals, *see* Dkt. No. 66, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 5, 2023 |
| Close of Fact Discovery | December 29, 2023 |
| Exchange of Opening Expert Reports | December 22, 2023 |
| Exchange of Rebuttal Expert Reports | January 4, 2024 |
| Close of Expert Discovery | January 12, 2024 |
| Dispositive Motion Hearing Deadline | February 22, 2024, at 2:00 p.m. |
| Pretrial Conference | May 14, 2024, at 3:00 p.m. |
| Jury Trial (7 days days) | June 10, 2024, at 8:30 a.m. |

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   This order terminates Dkt. No. 66.
4   **IT IS SO ORDERED.**
5   Dated: 12/20/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge