UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA YARBER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KIA AMERICA, INC.; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No. 4:22-cv-03411-HSG<br><br>District Judge: Haywood S. Gilliam, Jr.<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff THELMA YARBER ("Plaintiff") accepted Defendant KIA AMERICA, INC.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on December 19, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $42,500.00 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: 1/2/2024

　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　District Judge