# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA YARBER,<br><br>    Plaintiff,<br><br>    v.<br><br>KIA AMERICA, INC.; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 4:22-cv-03411-HSG<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On January 16, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from January 16, 2024 to March 18, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: 1/17/2024

HON. P. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE