UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA YARBER,<br><br>      Plaintiff,<br><br>  vs.<br><br>KIA AMERICA, INC.; and DOES 1 through 10, inclusive<br><br>      Defendants. | Case No. 4:22-cv-03411-HSG<br><br>District Judge: Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff THELMA YARBER ("Plaintiff") and Defendant KIA AMERICA, INC., have agreed KIA AMERICA, INC., will pay $42,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

    Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $42,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by May 6, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

    **IT IS SO ORDERED.**

Date: _____3/7/2024_____

                                      Hon. Haywood S. Gilliam, Jr.
                                      District Court Judge