UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

| | |
|---|---|
| THELMA YARBER,<br><br>    Plaintiff,<br><br>    v.<br><br>KIA MOTORS AMERICA, INC.; and DOES 1 through 10, inclusive<br><br>    Defendant. | Case No.: 4:22-cv-03411-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |

## **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL**

Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date:  8/26/2024

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE